IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARY L. WHITE, | ) |
|     Plaintiff, | ) |
| vs. | ) Civil Action No. 00-2466 |
| SHAYEN A. GEORGE, M.A., | ) |
|     Defendant, | ) |
| and | ) |
| ASSOCIATES IN COUNSELING AND CHILD GUIDANCE, INC., and PSYCHOLOGY SUPPORT SERVICES, INC., | ) |
|     Intervenor-Defendants. | ) |

**HEARING MEMO**

HEARING ON: Telephonic Status Conference
DATE HEARING HELD: August 16, 2005
BEFORE: MAGISTRATE JUDGE AMY REYNOLDS HAY

*Appearing for Plaintiff:*
Stanley M. Stein, Esquire

*Appearing for Defendants:*
John P. Corcoran, Esquire
Steven Petrikis, Esquire

Hearing began at 9:00 a.m.

Hearing concluded at 9:10 a.m.

Stenographer: None

OUTCOME:

1. Case posture in district court remains that discovery is on-going and will conclude 120 days after the date of the decision reached by the Circuit.
2. Another telephone status conference will be held on December 14, 2005, at 9:00 a.m. The Court will initiate the call to counsel.