IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARY L. WHITE, | ) |
|       Plaintiff, | ) Civil Action No. 00-CV-2466 |
| vs. | ) Magistrate Judge Amy R. Hay |
| SHAYEN A. GEORGE, M.A., | ) |
|       Defendant. | ) |

## ORDER

AND NOW, this _____ day of September, upon consideration of the within Motion for Permission to Amend Complaint, the same is hereby GRANTED and Plaintiff shall file an Amended Complaint as set forth in *Exhibit 1*, to the Brief in Support of Motion for Permission to Amend Complaint, within ten (10) days.

BY THE COURT:

_____ J.

00341376.1