IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY L. WHITE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 00-CV-2466 |
| vs. | ) | |
| | ) | Magistrate Judge Amy R. Hay |
| SHAYEN A. GEORGE, M.A., | ) | |
| | ) | |
| Defendant. | ) | |

**AMENDED COMPLAINT**

AND NOW, comes Plaintiff, Mary L. White, by and through the undersigned attorneys, and incorporates the Complaint filed on or about December 19, 2000, ("Complaint"), as if the same were more fully set forth herein at length, said Complaint is amended as follows:

91A. On or about March 15, 2005, White learned for the first time that at the same time that George opened the secret account referenced in Paragraphs 88 - 91 of the Complaint, he also opened a _second_ secret account in the name of ACCG.

91B. White did not have access to this second secret (ACCG) account as she had to the ACCG accounts prior to George's actions.

91C. George did not have authority to open this second secret (ACCG) account.

91D. It is believed that after the fraudulent accounts were opened, George deposited and withdrew corporate money without White's knowledge.

# EXHIBIT 1

92D.   It is believed that these withdrawals and deposits occurred during 1999 and through 2000, when White was Administrative Director of ACCG and she had a right and was entitled to see such financial information.

93E.   George has refused and continues to refuse to permit White access to the accounts and/or information concerning the accounts.

               Respectfully submitted,

               FELDSTEIN, GRINBERG, STEIN & McKEE

By: _____
    Stanley M. Stein, Esquire
    PA ID. #: 10577
    FELDSTEIN GRINBERG STEIN & McKEE
    428 Boulevard of the Allies
    Pittsburgh, PA  15219
    (412) 263-6111

# EXHIBIT 1

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the attached *Amended Complaint* was served on August ___, 2005, via first class United States mail, postage prepaid, upon the following:

John P. Corcoran, Jr., Esquire
JONES, GREGG, CREEHAN & GERACE, LLP
411 Seventh Avenue, Suite 1200
Pittsburgh, PA 15219-1905

Steven M. Petrikis, Esquire
Metz Lewis, LLC
11 Stanwix St., 18th Floor
Pittsburgh, PA 15222

FELDSTEIN, GRINBERG, STEIN & McKEE

By: _____
Stanley M. Stein, Esquire
PA ID. #: 10577
Beth S. Mills, Esquire
PA ID #: 61191

# EXHIBIT 1

00341380.1