

# FELDSTEIN GRINBERG STEIN & McKEE

A professional corporation

Attorneys at Law

428 Boulevard of the Allies
Pittsburgh, Pennsylvania 15219
Telephone: (412) 471-0677
Facsimile: (412) 263-6126

Beth S. Mills, Esquire
Direct Dial: (412) 263-6076
E-mail: bsm@fgsmlaw.com

August 26, 2005

John P. Corcoran, Jr., Esquire
JONES, GREGG, CREEHAN & GERACE, LLP
411 Seventh Avenue, Suite 1200
Pittsburgh, PA   15219-1905

Steven Petrikis, Esquire
METZ LEWIS, LLC
11 Stanwix Street, 18th Floor
Pittsburgh, PA   15222

   Re: **White v. George**
      **Western District of Pa: 00-CV-2466**

Gentlemen:

Enclosed please find a copy of an Amended Complaint.

Please advise me no later than September 1, 2005, if you will consent to the filing of this Amended Complaint.  Otherwise, we will proceed with the filing of a Motion for Permission to Amend the Complaint.

If you have any questions, do not hesitate to contact me.

            Sincerely,

            Beth S. Mills

BSM/pao
Enclosure

00341392.1

# EXHIBIT 2