IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARY L. WHITE, | ) |
|     Plaintiff, | ) |
|   vs. | ) Civil Action No. 00-2466 |
| SHAYEN A. GEORGE, M.A., | ) |
|     Defendant, | ) |
|   and | ) |
| ASSOCIATES IN COUNSELING AND CHILD GUIDANCE, INC., and PSYCHOLOGY SUPPORT SERVICES, INC., | ) |
|     Intervenor-Defendants. | ) |

<u>ORDER</u>

AND NOW, this 13th day of September, 2005, upon consideration of the Plaintiff's Motion for Permission to Amend Complaint, it is hereby ORDERED that the motion [dkt. no. 176] is GRANTED and on or before September 27, 2005, Plaintiff shall file an Amended Complaint as set forth in Exhibit 1 to the Brief in Support of Motion for Permission to Amend Complaint.

By the Court,

/s/ Amy Reynolds Hay
AMY REYNOLDS HAY
United States Magistrate Judge

cc: Stanley M. Stein, Esquire
    Beth S. Mills, Esquire
    David S. Bloom, Esquire
    Feldstein, Grinberg, Stein & McKee
    428 Boulevard of the Allies
    Pittsburgh, PA 15219

    Richard B. Sandow, Esquire
    David M. Huntley, Esquire
    John P. Corcoran, Esquire
    Jones, Gregg, Creehan & Gerace
    411 Seventh Avenue
    Suite 1200
    Pittsburgh, PA 15219-1905

    Brian T. Must, Esquire
    Steven Petrikis, Esquire
    Michael P. Robic, II, Esquire
    Metz Lewis
    11 Stanwix Street
    18th Floor
    Pittsburgh, PA 15222