IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY L. WHITE, | ) | Civil Action No. 00-CV-2466 |
| | ) | |
| Plaintiff, | ) | Magistrate Judge Amy R. Hay |
| | ) | |
| v. | ) | |
| | ) | |
| SHAYEN A. GEORGE, M.A. | ) | |
| | ) | |
| Defendant. | ) | |

## ANSWER TO AMENDED COMPLAINT

Defendant, Shayen A. George, by and through his undersigned counsel, incorporates his Answer to Complaint and Action for Declaratory Judgment Pursuant to 18 USC §2201, and all affirmative defenses set forth therein, and Second Amended Counterclaim, as if the same were more fully set forth herein at length, and further responds to the Amended Complaint of Plaintiff as follows:

91(A). Admitted in part and denied in part. It is admitted only that on or about April 16, 1999, Associates in Counseling and Child Guidance, Inc. ("ACCG") opened an account at National City Bank. The remaining averments of Paragraph 91(A) are denied.

91(B). Denied. As Plaintiff is already aware, the account was not utilized by ACCG until December of 1999, when the Plaintiff was placed on administrative leave by ACCG.

91(C). The averments contained in Paragraph 91(C) constitute conclusions of law which require no response. To the extent a response is required, the averments are denied.

91(D). Denied. The account was not utilized by ACCG until the time when Mary White was placed on administrative leave by ACCG. The account was neither "secret" nor "fraudulent."

2

92(D). The averments contained in Paragraph 92(D) constitute conclusions of law which require no response. To the extent any response is required, the averments are denied. See answer to Paragraph 91(D).

93(E). Denied. Information relating to the account has been provided in strict accordance with orders of the Court of Common Pleas of Mercer County, Pennsylvania.

Respectfully submitted,

METZ LEWIS LLC

<u>SP3061/Steven Petrikis, Esq.</u>
Pa. I.D. No.: 34426
Brian T. Must, Esq.
Pa. I.D. No.: 49657
Michael P. Robic II, Esq.
Pa. I.D. No.: 75578

11 Stanwix Street, 18th Floor
Pittsburgh, PA 15222
(412) 918-1100

John P. Corcoran, Jr., Esq.
Pa. I.D. No. 74906
411 Seventh Avenue, Suite 1200
Pittsburgh, PA 15219-1905

(412) 261-6400

Attorneys for Defendant,
Shayen George

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and correct copy of the foregoing **ANSWER TO AMENDED COMPLAINT** has been served via first-class mail, postage pre-paid on this 4th day of October, 2005, upon the following counsel of record:

Stanley M. Stein, Esq.
Beth S. Mills, Esq.
Feldstein, Grinberg, Stein & McKee
426 Boulevard of the Allies
Pittsburgh, PA  15219


                                        SP3061/Steven Petrikis, Esq.