IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARY L. WHITE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 00-2466 |
| | ) |
| SHAYEN A. GEORGE, M.A., | ) |
| | ) |
| Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| ASSOCIATES IN COUNSELING AND CHILD GUIDANCE, INC., and PSYCHOLOGY SUPPORT SERVICES, INC., | ) ) ) ) |
| | ) |
| Intervenor-Defendants. | ) ) |

ORDER

AND NOW, this 19th day of October, 2005, it appearing that the United States Court of Appeals dismissed the appeal in this matter on October 11, 2005, and it further appearing that this Court previously ordered a stay of discovery until a decision issued from the Circuit, IT IS HEREBY ORDERED that, consistent with the Court's previous orders, the stay of discovery is lifted and discovery in this matter shall close on **February 8, 2006.**

IT IS FURTHER ORDERED that dispositive motions shall be filed on or before **March 10, 2006**.  Any responses shall be filed on or before **April 10, 2006**.

By the Court,

/s/   Amy Reynolds Hay
AMY REYNOLDS HAY
United States Magistrate Judge

cc: Stanley M. Stein, Esquire
Beth S. Mills, Esquire
David S. Bloom, Esquire
Feldstein, Grinberg, Stein & McKee
428 Boulevard of the Allies
Pittsburgh, PA 15219

Richard B. Sandow, Esquire
David M. Huntley, Esquire
John P. Corcoran, Esquire
Jones, Gregg, Creehan & Gerace
411 Seventh Avenue
Suite 1200
Pittsburgh, PA 15219-1905

Brian T. Must, Esquire
Steven Petrikis, Esquire
Michael P. Robic, II, Esquire
Metz Lewis
11 Stanwix Street
18th Floor
Pittsburgh, PA 15222