## **ORDER**

AND NOW, this _____ day of _____, 2005, upon consideration of the Motion to Compel directed against Associates in Counseling and Child Guidance, Inc., the same is hereby GRANTED and Associates in Counseling and Child Guidance, Inc. is directed to produce those documents in accordance with Magistrate Judge Mitchell's Order of September 12, 2001 within five (5) days.

                                                    BY THE COURT:

                                                    _____, J.

{00344997.1}