IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARY L. WHITE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 00-CV-2466 |
| | ) |
| SHAYEN A. GEORGE, M.A., | ) Judge Donald E. Ziegler |
| | ) Magistrate Judge Robert C. Mitchell |
| Defendant. | ) |

## DEFENDANT'S MOTION FOR PROTECTIVE ORDER AND MOTION TO QUASH SUBPOENA

Defendant, Shayen A. George, M.A. ("George"), by and through his duly appointed counsel, METZ SCHERMER & LEWIS, L.L.C., files the following Motion for Protective Order and Motion to Quash Subpoena pursuant to Rules 26 and 45 of the Federal Rules of Civil Procedure:

1. The Plaintiff in this case, Mary L. White ("White"), has caused Subpoenas to be served upon several non-parties, including Seven Seventeen Credit Union ("Credit Union"). A copy of the Subpoena served upon Credit Union is attached hereto as Exhibit 1. As part of the Subpoena, White is requesting the following documents from Credit Union:

> All documentation regarding the financial accounts of Shayen A. George, M.A. (SSN: 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 and DOB: 3/3/51).

2. Pursuant to Federal Rule of Civil Procedure 26(c), upon motion by a party and for good cause shown, the Court may make any Order which justice requires to protect a party from annoyance, embarrassment, oppression or undue burden or expense. *See* F.R.C.P. 26(c).

EXHIBIT 5

*[Handwritten annotation:] 9/12/01 – Motion denied. Plaintiff may sub records covering period when parties had business relationship and forward to the present.*
*Robert C. Mitchell*
*US Magistrate Judge*