IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MARY L. WHITE,                          )
                                        )
               Plaintiff,               )
                                        )
        vs.                             )      Civil Action No. 00-2466
                                        )
SHAYEN A. GEORGE, M.A.,                 )
                                        )
               Defendant.               )      Judge Ziegler
                                        )      Magistrate Judge Mitchell

ORDER OF COURT

AND NOW, this 27th day of September, 2001,

IT IS ORDERED that a case management and conciliation conference be held in the above captioned case before the Honorable Donald E. Ziegler on Wednesday, October 10, 2001, at 11:00 a.m. in Courtroom No. 4, United States Courthouse, Pittsburgh, Pennsylvania.

Trial counsel for all parties shall be present to advise the court as to all relevant matters.  If trial counsel is unable to attend, the court will require the presence of substitute counsel who is fully informed as to the status of the case and who is authorized to make binding agreements on behalf of the client and trial counsel.

Trial counsel shall obtain full settlement authority prior to the conference and must be prepared to discuss settlement of the case.

Donald E. Ziegler
United States District Judge

EXHIBIT
7

cc:      Robert C. Mitchell
United States Magistrate Judge

Stanley M. Stein, Esq.
Feldstein, Grinberg,
Stein & McKee
428 Boulevard of the Allies
Pittsburgh, PA 15219

Richard B. Sandow, Esq.
David M. Huntley, Esq.
Jones, Gregg, Creehan & Gerace
411 Seventh Ave., Suite 1200
Pittsburgh, PA 15219-1905

Brian T. Must, Esq.
Steven Petrikis, Esq.
Michael P. Robic, II, Esq.
Metz, Schermer & Lewis
11 Stanwix St., 18th Floor
Pittsburgh, PA 15222