IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARY L. WHITE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 00-2466 |
| ) | |
| SHAYEN A. GEORGE, M.A., ) | |
| ) | |
| Defendant. ) | Judge Ziegler |
| ) | Magistrate Judge Mitchell |

ORDER OF COURT

AND NOW, this 10th day of October, 2001,

IT IS ORDERED that the order of the magistrate judge dated September 12, 2001, is affirmed, but modified to the extent that the plaintiff may seek records of the Seven Seventeen Credit Union covering the period when the parties had a business relationship and forward to the present.

Donald E. Ziegler
United States District Judge

cc: Robert C. Mitchell
United States Magistrate Judge

Stanley M. Stein, Esq.
Feldstein, Grinberg,
Stein & McKee
428 Boulevard of the Allies
Pittsburgh, PA 15219

Richard B. Sandow, Esq.
David M. Huntley, Esq.
Jones, Gregg, Creehan & Gerace
411 Seventh Ave., Suite 1200
Pittsburgh, PA 15219-1905

Brian T. Must, Esq.
Metz, Schermer & Lewis
11 Stanwix St., 18th Floor
Pittsburgh, PA 15222

EXHIBIT 8