IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARY L. WHITE, | CHIEF JUDGE ZIEGLER |
| | MAGISTRATE JUDGE MITCHELL |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 00-2466 |
| SHAYEN A. GEORGE, M.A., | |
| Defendant. | |

## NOTICE OF APPEAL

Notice is hereby given that Associates in Counseling and Child Guidance, Inc. hereby appeals to the United States Court of Appeals for the Third Circuit from an Order denying Associates in Counseling and Child Guidance, Inc.'s Notice of Appeal to a denial of Motion to Quash Non-Party Subpoenas (Document No. 98) entered in this action on the 5th day of August, 2002.

Respectfully submitted,

JONES, GREGG, CREEHAN & GERACE, LLP

DATE: August 27, 2002

BY: _____
JOHN P. CORCORAN, JR.
PA. I.D. NO. 74906

411 SEVENTH AVENUE
SUITE 1200
PITTSBURGH, PA 15219-1905
(412) 261-6400

ATTORNEY FOR ASSOCIATES IN
COUNSELING AND CHILD
GUIDANCE, INC.

EXHIBIT 9

8.27.02