**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MARY L. WHITE | ) | 00-CV-2466 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs | ) | |
| | ) | |
| SHAYEN GEORGE | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR PERMISSION TO WITHDRAW APPEARANCE**

AND NOW, comes the undersigned and files this Motion for Permission to

Withdraw Appearance as follows:

1.      Effective October 17, 2005, the undersigned was no longer associated with

the law firm of Feldstein Grinberg Stein & McKee, which represents the Plaintiff.

2.      Feldstein Grinberg Stein & McKee continues to represent the Plaintiff.

3.      An Order is needed so that the undersigned will no longer receive ECF

notifications.

WHEREFORE, it is respectfully requested that this Honorable Court enter an

Order permitting the withdrawal of Beth S. Mills.

Respectfully Submitted,

        /s/ Beth S. Mills
BETH S. MILLS
Pa. ID # 61191

ANDREWS & PRICE
1500 Ardmore Blvd, Suite 506
Pittsburgh,  PA  15221
(412) 243-9700
bmills@andrewsandprice.com

**CERTIFICATE OF SERVICE**

I, do hereby certify that on the 31st day of October, 2005, a true and correct copy

of the within Motion for Permission to Withdraw Appearance was served via fist class

mail, postage prepaid to the following:

John P. Corcoran
Jones, Gregg, Creehan & Gerace
411 Seventh Avenue, Suite 1200
Pittsburgh, PA 15219

Steven Petrikis
Metz Lewis
11 Stanwix Street, 18th Floor
Pittsburgh, PA 15222

Stanley M. Stein
Feldstein Grinberg Stien & McKee
428 Blvd of the Allies
Pittsburgh, PA 15219


                    /s/ Beth S. Mills
                    Beth S. Mills