### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY L. WHITE | ) | 00-CV-2466 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs | ) | |
| | ) | |
| SHAYEN GEORGE | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

AND NOW, this _____ day of _____ 2005, upon consideration of the within Motion for Permission to Withdraw Appearance, the same is hereby GRANTED and the Clerk is directed to withdraw the appearance of Beth S. Mills.

BY THE COURT:

_____ J.