IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARY L. WHITE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 00-2466 |
| | ) |
| SHAYEN A. GEORGE, M.A., | ) |
| | ) |
| Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| ASSOCIATES IN COUNSELING AND | ) |
| CHILD GUIDANCE, INC., and | ) |
| PSYCHOLOGY SUPPORT SERVICES, | ) |
| INC., | ) |
| | ) |
| Intervenor-Defendants. | ) |

## ORDER

AND NOW, this 7th day of November 2005, the Plaintiff having filed a Motion to Compel certain documents, IT IS HEREBY ORDERED that any Response to said motion shall be due on or before November 28, 2005.

By the Court,

/s/   Amy Reynolds Hay
AMY REYNOLDS HAY
United States Magistrate Judge

cc:   Stanley M. Stein, Esquire
      David S. Bloom, Esquire
      Feldstein, Grinberg, Stein & McKee
      428 Boulevard of the Allies
      Pittsburgh, PA 15219

```
Richard B. Sandow, Esquire
David M. Huntley, Esquire
John P. Corcoran, Esquire
Jones, Gregg, Creehan & Gerace
411 Seventh Avenue
Suite 1200
Pittsburgh, PA 15219-1905

Brian T. Must, Esquire
Steven Petrikis, Esquire
Michael P. Robic, II, Esquire
Metz Lewis
11 Stanwix Street
18th Floor
Pittsburgh, PA 15222
```