IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARY L. WHITE, | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 00-2466 |
| SHAYEN A. GEORGE, M.A., | ) |
| Defendant, | ) |
| and | ) |
| ASSOCIATES IN COUNSELING AND CHILD GUIDANCE, INC., and PSYCHOLOGY SUPPORT SERVICES, INC., | ) |
| Intervenor-Defendants. | ) |

ORDER

AND NOW, this 7th day of November 2005, upon consideration of the within Motion for Permission to Withdraw Appearance, the same (doc. 186) is hereby GRANTED and the Clerk is directed to withdraw the appearance of Beth S. Mills, Esquire as counsel for Plaintiff.

By the Court,

/s/   Amy Reynolds Hay
AMY REYNOLDS HAY
United States Magistrate Judge

cc: Stanley M. Stein, Esquire
    David S. Bloom, Esquire
    Feldstein, Grinberg, Stein & McKee
    428 Boulevard of the Allies
    Pittsburgh, PA 15219

```
Richard B. Sandow, Esquire
David M. Huntley, Esquire
John P. Corcoran, Esquire
Jones, Gregg, Creehan & Gerace
411 Seventh Avenue
Suite 1200
Pittsburgh, PA 15219-1905

Brian T. Must, Esquire
Steven Petrikis, Esquire
Michael P. Robic, II, Esquire
Metz Lewis
11 Stanwix Street
18th Floor
Pittsburgh, PA 15222

Beth S. Mills, Esquire
Andrews and Price
1500 Ardmore Blvd., Suite 506
Pittsburgh, PA 15221
```