IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY L. WHITE, | ) | Civil Action No. 00-CV-2466 |
| | ) | |
| Plaintiff, | ) | Magistrate Judge Amy R. Hay |
| | ) | |
| v. | ) | |
| | ) | |
| SHAYEN A. GEORGE, M.A. | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF COURT

This _____ day of _____, 2005, it is hereby ORDERED that the Motion for Protective Order, Motion to Quash Subpoenas and Motion for Sanctions is GRANTED.

The subpoenas directed to Stacey George; Libeg, Gargano, Bell & Associates; National City Bank; Jones, Gregg, Creehan & Gerace; and Associates in Counseling and Child Guidance, Inc. are hereby quashed.

The depositions of Shayen George and Tom George are continued until final resolution of issues regarding the production of financial information regarding the Clinic.

As a result of the knowing violation of this Court's prior Orders by counsel for White, sanctions are awarded to George in the amount of $_____, and shall be paid within five (5) days of the date of this Order.

BY THE COURT


_____J.