IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARY L. WHITE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 00-CV-2466 |
| | ) |
| SHAYEN A. GEORGE, M.A., | ) Judge Donald E. Ziegler |
| | ) Magistrate Judge Robert C. Mitchell |
| Defendant. | ) |

## ORDER OF COURT

AND NOW, to wit, this 11th day of February, 2003, upon consideration of Defendant, Shayen A. George, M.A.'s Motion for Protective Order and Motion to Quash Subpoenas, it is hereby ORDERED, ADJUDGED and DECREED that for good cause shown, the same is GRANTED as to requests Nos. 2, 3, 4 and denied as to Nos. 1, 5, 6 & 7 ~~and the Subpoenas issued by the Plaintiff to Psych Support Systems, Psychology Support Systems, Jones Gregg Creehan & Gerace, L.L.P., Professional Employee Management Services, L.L.C. and Psychology Support Services, L.L.C. are quashed.~~

_____ J.

EXHIBIT E