IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MARY L. WHITE,

    Plaintiff,                                           00-cv-2466

v.

SHAYEN A. GEORGE, M.A.,
ASSOCIATES IN COUNSELING AND
CHILD GUIDANCE, INC.,
PSYCHOLOGY SUPPORT SERVICES, LLC.,

    Defendants.

## ORDER AFFIRMING MAGISTRATE JUDGE'S
## DISCOVERY ORDERS OF FEBRUARY 11, 2003

On February 24, 2003 Plaintiff Mary L. White filed a *Notice of Appeal and Objection From the Magistrate Judge's Order Regarding the Scope of Production From Psychology Support Services, LLC, and Jones Gregg Creehan & Gerace, LLP, Pursuant to the Subpoenas Issued Upon Them (document no. 129)*. Defendants' Responses were filed as directed on March 6, 2003.

After careful consideration of the Notice of Appeal and Objection and the Responses thereto, this Court finds that Plaintiff has not shown that the Magistrate Judge's Discovery Orders of February 11, 2003 were clearly erroneous or contrary to law. 28 U.S.C. § 636(b)(1)(A); Fed.R.Civ.P. 72(a). Accordingly, the Court overrules Plaintiff's objections and **AFFIRMS** Magistrate Judge Mitchell's Discovery Orders entered February 11, 2003.

SO ORDERED this 20th day of March, 2003.

*[signature]*
Arthur J. Schwab
United States District Judge

EXHIBIT F

cc: All counsel of record as listed below

Stanley M. Stein, Esquire
Beth S. Mills, Esquire
David S. Bloom, Esquire
Feldstein, Grinberg, Stein & McKee
428 Boulevard of the Allies
Pittsburgh, PA 15219

Richard B. Sandow, Esquire
Jones, Gregg, Creehan & Gerace
411 Seventh Avenue
Suite 1200
Pittsburgh, PA 15219

Steven Petrikis, Esquire
Brian T. Must, Esquire
Metz, Schermer & Lewis
11 Stanwix Street
18th Floor
Pittsburgh, PA 15222