## AFFIDAVIT OF SHAYEN A. GEORGE

STATE OF PENNSYLVANIA        )
                             ) SS
COUNTY OF ALLEGHENY          )

Before me, the undersigned authority, personally appeared SHAYEN A. GEORGE, who, after first being duly sworn according to law, deposes and says the following is true and correct, based upon his personal knowledge:

Pursuant to the direction of the Court Order dated November 2, 2005, I hereby affirm that I have never held any ownership interest in either Professional Employee Management Services, LLC or Psychology Support Services, LLC.

DATED: 11/11/2005

_____
SHAYEN A. GEORGE

SWORN TO and subscribed before me this 11th day of November, 2005.

_____
NOTARY PUBLIC

My Commission Expires:

Notarial Seal
Tammy S. Findlay, Notary Public
City Of Pittsburgh, Allegheny County
My Commission Expires Mar. 31, 2007
Member, Pennsylvania Association Of Notaries

EXHIBIT G