MEMORANDUM OF NON-JURY TRIAL

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARY L. WHITE,<br>    Plaintiff, | )<br>)<br>) |
| vs. | )    Civil Action No. 00-2466 |
| | ) |
| SHAYEN A. GEORGE, M.A,<br>    Defendant. | )<br>) |

HEARING ON STATUS CONFERENCE

Before:  MAGISTRATE JUDGE ROBERT C. MITCHELL

Appearing for Plaintiff:
Stanley Stein

Appearing for Defendant:
David Huntley
Brian Must

Hearing begun: 8-2-01 at 1:30 p.m.

Hearing adjourned to:

Hearing concluded: 1:50 p.m.

Stenographer: none

OUTCOME

1. Discovery ends December 31, 2001.
2. Depositions limited to ten (10) per side.
3. Depositions of Mary White and Shayen George extended to fourteen (14) hours each.
4. White's deposition is to be taken the last week of August, 2001 or the first week of September, 2001.
5. George to be deposed after White but in close time proximity.
6. Status conference scheduled for October 1, 2001, at 9:30 a.m.



EXHIBIT H