## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and correct copy of the foregoing **DEFENDANT'S MOTION FOR PROTECTIVE ORDER AND MOTION TO QUASH SUBPOENAS** has been served via fax and first class U.S. Mail, postage pre-paid, this day of January 28, 2003, upon the following counsel of record:

Stanley M. Stein, Esquire
David Bloom, Esquire
Feldstein, Grinberg, Stein & McKee
428 Blvd. of the Allies
Pittsburgh, PA 15219

Richard B. Sandow, Esquire
Jones, Gregg, Creehan & Gerace
411 Seventh Avenue, Suite 1200
Pittsburgh, PA 15219-1905

_Michael P. Rhin_ (signature)

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARY L. WHITE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SHAYEN A. GEORGE, M.A., )<br>)<br>Defendant. ) | CIVIL ACTION NO.: 00-CV-2466<br><br>Judge Donald E. Ziegler<br>Magistrate Judge Robert C. Mitchell |

### ORDER OF COURT

AND NOW, to wit, this \_\_\_\_ day of _____, 2003, upon consideration of Defendant, Shayen A. George, M.A.'s Motion for Protective Order and Motion to Quash Subpoenas, it is hereby ORDERED, ADJUDGED and DECREED that for good cause shown, the same is GRANTED and the Subpoenas issued by the Plaintiff to Psych Support Systems, Psychology Support Systems, Jones Gregg Creehan & Gerace, L.L.P., Professional Employee Management Services, L.L.C. and Psychology Support Services, L.L.C. are quashed.

_____J.

## LOCAL RULE 7.1 AND 37.1 CERTIFICATE

I, undersigned counsel for the Defendant, Shayen A. George, M.A., hereby certify to the Court that I have conferred and consulted with counsel for the Plaintiff with respect to the matters set forth in the attached Motion for Protective Order and Motion to Quash Subpoenas, and we have been unable to resolve the differences which exist. This conference took place via telephone on January 27, 2003.

_____
Michael P. Robic II, Esquire

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MARY L. WHITE,  )
  )
      Plaintiff,  )
  )
v.  )  CIVIL ACTION NO.: 00-CV-2466
  )
SHAYEN A. GEORGE, M.A.,  )  Judge Donald E. Ziegler
  )  Magistrate Judge Robert C. Mitchell
      Defendant.  )

## ORDER OF COURT

AND NOW, to wit, this 11th day of February, 2003, upon consideration of Defendant, Shayen A. George, M.A.'s Motion for Protective Order and Motion to Quash Subpoenas, it is hereby ORDERED, ADJUDGED and DECREED that for good cause shown, the same is GRANTED *as to requests Nos. 2, 3, 4 and denied as to Nos. 1, 5, 6 + 7* ~~and the Subpoenas issued by the Plaintiff to Psych Support Systems, Psychology Support Systems, Jones Gregg Creehan & Gerace, L.L.P., Professional Employee Management Services, L.L.C. and Psychology Support Services, L.L.C. are quashed.~~

                                                                                       _____, J.

EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MARY L. WHITE,

    Plaintiff,                                                 00-cv-2466

v.

SHAYEN A. GEORGE, M.A.,
ASSOCIATES IN COUNSELING AND
CHILD GUIDANCE, INC.,
PSYCHOLOGY SUPPORT SERVICES, LLC.,

    Defendants.

## ORDER AFFIRMING MAGISTRATE JUDGE'S DISCOVERY ORDERS OF FEBRUARY 11, 2003

On February 24, 2003 Plaintiff Mary L. White filed a *Notice of Appeal and Objection From the Magistrate Judge's Order Regarding the Scope of Production From Psychology Support Services, LLC, and Jones Gregg Creehan & Gerace, LLP, Pursuant to the Subpoenas Issued Upon Them (document no. 129)*. Defendants' Responses were filed as directed on March 6, 2003.

After careful consideration of the Notice of Appeal and Objection and the Responses thereto, this Court finds that Plaintiff has not shown that the Magistrate Judge's Discovery Orders of February 11, 2003 were clearly erroneous or contrary to law. 28 U.S.C. § 636(b)(1)(A); Fed.R.Civ.P. 72(a). Accordingly, the Court overrules Plaintiff's objections and **AFFIRMS** Magistrate Judge Mitchell's Discovery Orders entered February 11, 2003.

SO ORDERED this 20th day of March, 2003.

Arthur J. Schwab
United States District Judge

EXHIBIT F

cc:     All counsel of record as listed below

Stanley M. Stein, Esquire
Beth S. Mills, Esquire
David S. Bloom, Esquire
Feldstein, Grinberg, Stein & McKee
428 Boulevard of the Allies
Pittsburgh, PA 15219

Richard B. Sandow, Esquire
Jones, Gregg, Creehan & Gerace
411 Seventh Avenue
Suite 1200
Pittsburgh, PA 15219

Steven Petrikis, Esquire
Brian T. Must, Esquire
Metz, Schermer & Lewis
11 Stanwix Street
18th Floor
Pittsburgh, PA 15222

## AFFIDAVIT OF SHAYEN A. GEORGE

STATE OF PENNSYLVANIA       )
                            ) SS
COUNTY OF ALLEGHENY         )

Before me, the undersigned authority, personally appeared SHAYEN A. GEORGE, who, after first being duly sworn according to law, deposes and says the following is true and correct, based upon his personal knowledge:

Pursuant to the direction of the Court Order dated November 2, 2005, I hereby affirm that I have never held any ownership interest in either Professional Employee Management Services, LLC or Psychology Support Services, LLC.

DATED: 11/11/2005

_____
SHAYEN A. GEORGE

SWORN TO and subscribed before me this 11th day of November, 2005.

_____
NOTARY PUBLIC

My Commission Expires:

Notarial Seal
Tammy S. Findlay, Notary Public
City Of Pittsburgh, Allegheny County
My Commission Expires Mar. 31, 2007
Member, Pennsylvania Association Of Notaries

**EXHIBIT G**

MEMORANDUM OF NON-JURY TRIAL

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARY L. WHITE,<br>    Plaintiff,<br><br>vs.<br><br>SHAYEN A. GEORGE, M.A,<br>    Defendant. | Civil Action No. 00-2466 |

HEARING ON STATUS CONFERENCE

Before: MAGISTRATE JUDGE ROBERT C. MITCHELL

Appearing for Plaintiff:
Stanley Stein

Appearing for Defendant:
David Huntley
Brian Must

Hearing begun: 8-2-01 at 1:30 p.m.

Hearing adjourned to:

Hearing concluded: 1:50 p.m.

Stenographer: none

OUTCOME

1. Discovery ends December 31, 2001.
2. Depositions limited to ten (10) per side.
3. Depositions of Mary White and Shayen George extended to fourteen (14) hours each.
4. White's deposition is to be taken the last week of August, 2001 or the first week of September, 2001.
5. George to be deposed after White but in close time proximity.
6. Status conference scheduled for October 1, 2001, at 9:30 a.m.

EXHIBIT H



**FELDSTEIN GRINBERG STEIN & McKEE**

A professional corporation

Attorneys at Law

428 Boulevard of the Allies
Pittsburgh, Pennsylvania 15219
Telephone: (412) 471-0677
Facsimile: (412) 263-6093

Stanley M. Stein
Direct Dial: (412) 263-6111
E-mail: sms@fgsmlaw.com

November 3, 2005

The Honorable Amy Reynolds Hay
United States District Court
Western District of Pennsylvania
829 U. S. Courthouse
7th and Grant Street
Pittsburgh, PA 15219

      Re:    White v. George
             Civil Action No. 00-2466

Dear Judge Hay:

Pursuant to your Order of Court reinstating the discovery schedule in the above-captioned matter, I had scheduled various depositions for November 14 and November 17, in addition to my, Motion to Compel, following the dismissal of Defendant's appeal by the Appellate Court.

I am advised that counsel for Defendant is planning to file Motions for Protective Order regarding some or all of the above-identified discovery.

Inasmuch as I will be out of the country beginning November 4 and will not be returning until November 14, I have agreed with counsel to postpone the depositions currently scheduled for November 14 and November 17 pending the Court's rulings on these discovery issues. In addition, I thought it best to advise the Court of my absence from the country until November 14, as I will be unable to respond to Defendant's Motions or engage in oral argument until my return. Beth Mills, the other attorney from my office who might have been available, has since left my office and is currently employed elsewhere, and so she would not be available either.

This letter, sent with the consent of Defendant's counsel, is simply to request that I have a few days following my return to respond to Defendant's Motions in writing as it is my recollection that the Court does not favor oral argument on these kinds of matters.

00340599.1



EXHIBIT I

**Feldstein Grinberg Stein & McKee**

The Honorable Amy Reynolds Hay
November 3, 2005
Page 2

With thanks for your consideration, I remain

                              Very truly yours,

                              Stanley M. Stein

SMS:lab

cc:   John P. Corcoran, Jr., Esquire
       Steven M. Petrikis, Esquire

00340599.1