IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MARY L. WHITE,

    Plaintiff,

MAGISTRATE JUDGE HAY

v.    NO. 00-2466

SHAYEN A. GEORGE, M.A.,

    Defendant,

and

PSYCHOLOGY SUPPORT SERVICES, LLC,

    Intervenor.

### ORDER OF COURT

AND NOW, this _____ day of _____, 2005, it is hereby ORDERED that the Motion for Protective Order, Motion to Quash Subpoenas and Motion for Sanctions is GRANTED.

The subpoenas directed to Stacey George; Libeg, Gargano, Bell & Associates; National City Bank; Jones, Gregg, Creehan & Gerace; and Associates in Counseling and Child Guidance, Inc. are hereby quashed.

As a result of the knowing violation of this Court's prior Orders by counsel for White, sanctions are awarded Psychology Support Services, LLC in the amount of $_____, and shall be paid within five (5) days of the date of this Order.

                BY THE COURT

                _____,J.