IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARY L. WHITE, | ) |
|     Plaintiff, | ) |
| vs. | ) Civil Action No. 00-2466 |
| SHAYEN A. GEORGE, M.A., | ) |
|     Defendant, | ) |
| and | ) |
| ASSOCIATES IN COUNSELING AND CHILD GUIDANCE, INC., and PSYCHOLOGY SUPPORT SERVICES, INC., | ) |
|     Intervenor-Defendants. | ) |

ORDER

AND NOW, this 16th day of November 2005, defendant Shayen A. George having filed a Motion for Protective Order, Motion to Quash and Motion for Sanctions (doc. 189), and intervenor-defendant Psychology Support Services having filed a Motion for Protective Order and Motion to Quash Subpoenas (doc. 190), IT IS HEREBY ORDERED that Plaintiff shall file her Response to said motions on or before December 19, 2005.

By the Court,

/s/ Amy Reynolds Hay
AMY REYNOLDS HAY
United States Magistrate Judge

cc: Stanley M. Stein, Esquire
David S. Bloom, Esquire
Feldstein, Grinberg, Stein & McKee
428 Boulevard of the Allies
Pittsburgh, PA 15219

Richard B. Sandow, Esquire
David M. Huntley, Esquire
John P. Corcoran, Esquire
Jones, Gregg, Creehan & Gerace
411 Seventh Avenue
Suite 1200
Pittsburgh, PA 15219-1905

Brian T. Must, Esquire
Steven Petrikis, Esquire
Michael P. Robic, II, Esquire
Metz Lewis
11 Stanwix Street
18th Floor
Pittsburgh, PA 15222