IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MARY L. WHITE,                                    CIVIL ACTION NO. 00-CV-2466

    Plaintiff,                                    MAGISTRATE JUDGE AMY R. HAY

v.

SHAYEN A. GEORGE, M.A.

    Defendant.

## ORDER OF COURT

AND NOW, this _____ day of _____, 2002, upon consideration of the Motion for Stay Pending Appeal filed by Associates in Counseling and Child Guidance, and argument thereon, it is hereby ORDERED, ADJUDGED AND DECREED that the Motion for Stay is GRANTED. Discovery of information related to Associates in Counseling and Child Guidance is hereby stayed pending a final decision by the United States Court of Appeals for the Third Circuit.

BY THE COURT:

_____J.