Form 990 (1999) ASSOCIATES IN COUNSELING AND CHILD GUIDANCE, INC. 25-1822655 Page 4

| Part IV-A | Reconciliation of Revenue per Audited Financial Statements with Revenue per Return | | Part IV-B | Reconciliation of Expenses per Audited Financial Statements With Expenses per Return | |
|---|---|---|---|---|---|
| a | Total revenue, gains, and other support per audited financial statements ▶ | a 3,676,604. | a | Total expenses and losses per audited financial statements ▶ | a 3,399,825. |
| b | Amounts included on line a but not on line 12, Form 990: | | b | Amounts included on line a but not on line 17, Form 990: | |
| (1) | Net unrealized gains on investments $_____ | | (1) | Donated services and use of facilities $_____ | |
| (2) | Donated services and use of facilities $_____ | | (2) | Prior year adjustments reported on line 20, Form 990 $_____ | |
| (3) | Recoveries of prior year grants $_____ | | (3) | Losses reported on line 20, Form 990 $_____ | |
| (4) | Other (specify): _____ $_____ | | (4) | Other (specify): _____ $_____ | |
| | Add amounts on lines (1) through (4) ▶ | b | | Add amounts on lines (1) through (4) ▶ | b |
| c | Line a minus line b ▶ | c 3,676,604. | c | Line a minus line b ▶ | c 3,399,825. |
| d | Amounts included on line 12, Form 990 but not on line a: | | d | Amounts included on line 17, Form 990 but not on line a: | |
| (1) | Investment expenses not included on line 6b, Form 990 $_____ | | (1) | Investment expenses not included on line 6b, Form 990 $_____ | |
| (2) | Other (specify): _____ $_____ | | (2) | Other (specify): _____ $_____ | |
| | Add amounts on lines (1) and (2) ▶ | d | | Add amounts on lines (1) and (2) ▶ | d |
| e | Total revenue per line 12, Form 990 (line c plus line d) ▶ | e 3,676,604. | e | Total expenses per line 17, Form 990 (line c plus line d) ▶ | e 3,399,825. |

**Part V** List of Officers, Directors, Trustees, and Key Employees (List each one even if not compensated.)

| (A) Name and address | (B) Title and average hours per week devoted to position | (C) Compensation (If not paid, enter -0-) | (D) Contributions to employee benefit plans & deferred compensation | (E) Expense account and other allowances |
|---|---|---|---|---|
| SHAYEN GEORGE P.O. BOX 710, 650 SOUTH IRVINE SHARON, PA 16146 | PRESIDENT | 57,500. | 0. | 0. |
| ROBERT HOTCHKISS 1875 WARNER ROAD HUBBARD, OH 44425 | DIRECTOR | 0. | 0. | 0. |
| DAN WALSH 5155 FARIFAX DR. GENEVA ON THE LAKE, OH 44041 | TREASURER | 0. | 0. | 0. |
| TOM GEORGE 2515 ELK RIDGE WEXFORD, PA 15090 | SECRETARY | 0. | 0. | 0. |

EXHIBIT A-2

75 Did any officer, director, trustee, or key employee receive aggregate compensation of more than $100,000 from your organization and all related organizations, of which more than $10,000 was provided by the related organizations? If "Yes," attach schedule. ▶ ☐ Yes ☒ No

Form 990 (1999)

923031 12-1