| Form **990** | **Return of Organization Exempt From Income Tax** | OMB No. 1545-0047 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | Under section 501(c) of the Internal Revenue Code (except black lung benefit trust or private foundation), section 527, or section 4947(a)(1) nonexempt charitable trust<br>▶ The organization may have to use a copy of this return to satisfy state reporting requirements. | **2000**<br>Open to Public Inspection |

**A** For the 2000 calendar year, OR tax year period beginning _____ and ending _____

| B Check if applicable: | Please use IRS label or print or type. See Specific Instructions. | C Name of organization<br>ASSOCIATES IN COUNSELING AND CHILD GUIDANCE, INC. | D Employer Identification number<br>25-1822655 |
|---|---|---|---|
| ☐ Change of address<br>☐ Change of name<br>☐ Initial return<br>☐ Final return<br>☐ Amended return (use also for state reporting) | | Number and street (or P.O. box if mail is not delivered to street address)<br>272 E. CONNELLY BLVD.    Room/suite | E Telephone number<br>(724) 983-1381 |
| | | City or town, state or country, and ZIP<br>SHARON, PA 16146 | F Check ▶ ☐ if application pending |

* Section 501(c)(3) organizations and 4947(a)(1) nonexempt charitable trusts must attach a completed Schedule A (Form 990 or 990-EZ).

**G** Organization type (check only one) ▶ ☒ 501(c)( 3 ) ◀ (insert no.) ☐ 527 OR ☐ 4947(a)(1)

H(a) Is this a group return for affiliates? ☐ Yes ☒ No
H(b) If "Yes," enter number of affiliates ▶
H(c) Are all affiliates included? ☐ Yes ☒ No (If "No," attach a list.)
H(d) Is this a separate return filed by an organization covered by a group ruling? ☐ Yes ☒ No
I Enter 4-digit group exemption no. (GEN) ▶

**J** Accounting method: ☒ Cash ☐ Accrual ☐ Other (specify) ▶

**K** Check here ▶ ☐ if the organization's gross receipts are normally not more than $25,000. The organization need not file a return with the IRS; but if the organization received a Form 990 Package in the mail, it should file a return without financial data. Some states require a complete return.

**L** Check this box if the organization is not required to attach Schedule B (Form 990 or 990-EZ) ▶ ☒

### Part I   Revenue, Expenses, and Changes in Net Assets or Fund Balances

| | | | Amount |
|---|---|---|---|
| 1 | Contributions, gifts, grants, and similar amounts received: | | |
| a | Direct public support | 1a | |
| b | Indirect public support | 1b | |
| c | Government contributions (grants) | 1c | |
| d | Total (add lines 1a through 1c) (cash $ _____ noncash $ _____) | 1d | 0. |
| 2 | Program service revenue including government fees and contracts (from Part VII, line 93) | 2 | 6,323,165. |
| 3 | Membership dues and assessments | 3 | |
| 4 | Interest on savings and temporary cash investments | 4 | |
| 5 | Dividends and interest from securities | 5 | |
| 6a | Gross rents | | |
| b | Less: rental expenses | | |
| c | Net rental income or (loss) (subtract line 6b from line 6a) | 6c | |
| 7 | Other investment income (describe ▶ ) | 7 | |
| 8a | Gross amount from sale of assets other than inventory — (A) Securities / (B) Other | | |
| b | Less: cost or other basis and sales expenses | | |
| c | Gain or (loss) (attach schedule) | | |
| d | Net gain or (loss) (combine line 8c, columns (A) and (B)) | 8d | |
| 9 | Special events and activities (attach schedule) | | |
| a | Gross revenue (not including $ _____ of contributions reported on line 1a) | | |
| b | Less: direct expenses other than fundraising expenses | | |
| c | Net income or (loss) from special events (subtract line 9b from line 9a) | 9c | |
| 10a | Gross sales of inventory, less returns and allowances | | |
| b | Less: cost of goods sold | | |
| c | Gross profit or (loss) from sales of inventory (attach schedule) (subtract line 10b from line 10a) | 10c | |
| 11 | Other revenue (from Part VII, line 103) | 11 | |
| 12 | **Total revenue** (add lines 1d, 2, 3, 4, 5, 6c, 7, 8d, 9c, 10c, and 11) | **12** | **6,323,165.** |
| 13 | Program services (from line 44, column (B)) | 13 | 5,276,749. |
| 14 | Management and general (from line 44, column (C)) | 14 | 747,450. |
| 15 | Fundraising (from line 44, column (D)) | 15 | |
| 16 | Payments to affiliates (attach schedule) | 16 | |
| 17 | **Total expenses** (add lines 16 and 44, column (A)) | **17** | **6,024,199.** |
| 18 | Excess or (deficit) for the year (subtract line 17 from line 12) | 18 | 298,966. |
| 19 | Net assets or fund balances at beginning of year (from line 73, column (A)) | 19 | 296,779. |
| 20 | Other changes in net assets or fund balances (attach explanation) | 20 | 0. |
| 21 | Net assets or fund balances at end of year (combine lines 18, 19, and 20) | 21 | 595,745. |

EXHIBIT B

ENVELOPE POSTMARK DATE SEP 24 2001

RECEIVED SEP 30 2001 OGDEN, UT IRS-OSC

SCANNED OCT 17 2001

023001 12-19-00   LHA   For Paperwork Reduction Act Notice, see page 1 of the separate Instructions.   Form 990 (2000)

16570625 781901 ACCG          2000.05050 ASSOCIATES IN COUNSELING AN ACCG____1

Form 990 (2000) ASSOCIATES IN COUNSELING AND CHILD GUIDANCE, INC.   25-1822655   Page 2

### Part II — Statement of Functional Expenses

All organizations must complete column (A). Columns (B), (C), and (D) are required for section 501(c)(3) and (4) organizations and section 4947(a)(1) nonexempt charitable trusts but optional for others.

Do not include amounts reported on line 6b, 8b, 9b, 10b, or 16 of Part I.

| | | (A) Total | (B) Program services | (C) Management and general | (D) Fundraising |
|---|---|---|---|---|---|
| 22 | Grants and allocations (attach schedule) cash $ _____ noncash $ _____ | | | | |
| 23 | Specific assistance to individuals (attach schedule) | | | | |
| 24 | Benefits paid to or for members (attach schedule) | | | | |
| 25 | Compensation of officers, directors, etc. | 93,300. | 46,650. | 46,650. | 0. |
| 26 | Other salaries and wages | 1,238,572. | 1,181,321. | 57,251. | |
| 27 | Pension plan contributions | | | | |
| 28 | Other employee benefits | 32,990. | 30,351. | 2,639. | |
| 29 | Payroll taxes | 161,918. | 148,965. | 12,953. | |
| 30 | Professional fundraising fees | | | | |
| 31 | Accounting fees | | | | |
| 32 | Legal fees | 524,169. | | 524,169. | |
| 33 | Supplies | 91,175. | 91,175. | | |
| 34 | Telephone | 46,617. | 46,617. | | |
| 35 | Postage and shipping | 4,847. | | 4,847. | |
| 36 | Occupancy | 9,247. | 9,247. | | |
| 37 | Equipment rental and maintenance | 35,105. | 35,105. | | |
| 38 | Printing and publications | 4,982. | 4,982. | | |
| 39 | Travel | | | | |
| 40 | Conferences, conventions, and meetings | 15,233. | 15,233. | | |
| 41 | Interest | | | | |
| 42 | Depreciation, depletion, etc. (attach schedule) | 15,856. | 15,856. | | |
| 43 | Other expenses (itemize): | | | | |
| a | | | | | |
| b | | | | | |
| c | | | | | |
| d | | | | | |
| e | SEE STATEMENT 1 | 3,750,188. | 3,651,247. | 98,941. | |
| 44 | Total functional expenses (add lines 22 through 43) Organizations completing columns (B)-(D), carry these totals to lines 13-15 | 6,024,199. | 5,276,749. | 747,450. | 0. |

Reporting of Joint Costs. Did you report in column (B) (Program services) any joint costs from a combined educational campaign and fundraising solicitation? ▶ ☐ Yes ☒ No

If "Yes," enter (i) the aggregate amount of these joint costs $ _____ ; (ii) the amount allocated to Program services $ _____ ; (iii) the amount allocated to Management and general $ _____ , and (iv) the amount allocated to Fundraising $ _____

### Part III — Statement of Program Service Accomplishments

What is the organization's primary exempt purpose? ▶ TO PROVIDE MENTAL HEALTH SERVICES FOR CHILDREN

All organizations must describe their exempt purpose achievements in a clear and concise manner. State the number of clients served, publications issued, etc. Discuss achievements that are not measurable. (Section 501(c)(3) and (4) organizations and 4947(a)(1) nonexempt charitable trusts must also enter the amount of grants and allocations to others.)

Program Service Expenses (Required for 501(c)(3) and (4) orgs., and 4947(a)(1) trusts; but optional for others.)

a  TO PROVIDE MENTAL HEALTH SERVICES FOR CHILDREN.

(Grants and allocations $ _____ )    5,276,749.

b _____

(Grants and allocations $ _____ )

c _____

(Grants and allocations $ _____ )

d _____

(Grants and allocations $ _____ )

e Other program services (attach schedule)   (Grants and allocations $ _____ )

f Total of Program Service Expenses (should equal line 44, column (B), Program services) ▶ 5,276,749.

023011 12-19-00

2

Form 990 (2000)

Form 990 (2000)     ASSOCIATES IN COUNSELING AND CHILD
                    GUIDANCE, INC.                                25-1822655     Page 3

## Part IV  Balance Sheets

Note: *Where required, attached schedules and amounts within the description column should be for end-of-year amounts only.*

| | | (A) Beginning of year | | (B) End of year |
|---|---|---:|---|---:|
| 45 | Cash - non-interest-bearing | 291,341. | 45 | 539,722. |
| 46 | Savings and temporary cash investments | | 46 | |
| 47a | Accounts receivable ....... 47a | | | |
| b | Less: allowance for doubtful accounts .... 47b | | 47c | |
| 48a | Pledges receivable ....... 48a | | | |
| b | Less: allowance for doubtful accounts .... 48b | | 48c | |
| 49 | Grants receivable | | 49 | |
| 50 | Receivables from officers, directors, trustees, and key employees | | 50 | |
| 51a | Other notes and loans receivable .... 51a | | | |
| b | Less: allowance for doubtful accounts .... 51b | | 51c | |
| 52 | Inventories for sale or use | | 52 | |
| 53 | Prepaid expenses and deferred charges | | 53 | |
| 54 | Investments - securities ► ☐ Cost ☐ FMV | | 54 | |
| 55a | Investments - land, buildings, and equipment: basis .... 55a | | | |
| b | Less: accumulated depreciation .... 55b | | 55c | |
| 56 | Investments - other | | 56 | |
| 57a | Land, buildings, and equipment: basis .... 57a  85,149. | | | |
| b | Less: accumulated depreciation .... 57b  16,891. | 4,684. | 57c | 68,258. |
| 58 | Other assets (describe ►      SEE STATEMENT 2      ) | 6,000. | 58 | 7,450. |
| 59 | **Total assets** (add lines 45 through 58) (must equal line 74) | 302,025. | 59 | 615,430. |
| 60 | Accounts payable and accrued expenses | 5,246. | 60 | 19,685. |
| 61 | Grants payable | | 61 | |
| 62 | Deferred revenue | | 62 | |
| 63 | Loans from officers, directors, trustees, and key employees | | 63 | |
| 64a | Tax-exempt bond liabilities | | 64a | |
| b | Mortgages and other notes payable | | 64b | |
| 65 | Other liabilities (describe ►                          ) | | 65 | |
| 66 | **Total liabilities** (add lines 60 through 65) | 5,246. | 66 | 19,685. |
| | Organizations that follow SFAS 117, check here ► ☒ and complete lines 67 through 69 and lines 73 and 74. | | | |
| 67 | Unrestricted | 296,779. | 67 | 595,745. |
| 68 | Temporarily restricted | | 68 | |
| 69 | Permanently restricted | | 69 | |
| | Organizations that do not follow SFAS 117, check here ► ☐ and complete lines 70 through 74. | | | |
| 70 | Capital stock, trust principal, or current funds | | 70 | |
| 71 | Paid-in or capital surplus, or land, building, and equipment fund | | 71 | |
| 72 | Retained earnings, endowment, accumulated income, or other funds | | 72 | |
| 73 | **Total net assets or fund balances** (add lines 67 through 69 OR lines 70 through 72; column (A) must equal line 19 and column (B) must equal line 21) | 296,779. | 73 | 595,745. |
| 74 | **Total liabilities and net assets / fund balances** (add lines 66 and 73) | 302,025. | 74 | 615,430. |

Form 990 is available for public inspection and, for some people, serves as the primary or sole source of information about a particular organization. How the public perceives an organization in such cases may be determined by the information presented on its return. Therefore, please make sure the return is complete and accurate and fully describes, in Part III, the organization's programs and accomplishments.

Form 990 (2000) ASSOCIATES IN COUNSELING AND CHILD GUIDANCE, INC. 25-1822655 Page 4

| Part IV-A | Reconciliation of Revenue per Audited Financial Statements with Revenue per Return | | Part IV-B | Reconciliation of Expenses per Audited Financial Statements With Expenses per Return | |
|---|---|---|---|---|---|
| a | Total revenue, gains, and other support per audited financial statements | a 6,323,165. | a | Total expenses and losses per audited financial statements | a 6,024,199. |
| b | Amounts included on line a but not on line 12, Form 990: | | b | Amounts included on line a but not on line 17, Form 990: | |
| (1) | Net unrealized gains on investments $ | | (1) | Donated services and use of facilities $ | |
| (2) | Donated services and use of facilities $ | | (2) | Prior year adjustments reported on line 20, Form 990 $ | |
| (3) | Recoveries of prior year grants $ | | (3) | Losses reported on line 20, Form 990 $ | |
| (4) | Other (specify): _____ $ | | (4) | Other (specify): _____ $ | |
| | Add amounts on lines (1) through (4) | b | | Add amounts on lines (1) through (4) | b |
| c | Line a minus line b | c 6,323,165. | c | Line a minus line b | c 6,024,199. |
| d | Amounts included on line 12, Form 990 but not on line a: | | d | Amounts included on line 17, Form 990 but not on line a: | |
| (1) | Investment expenses not included on line 6b, Form 990 $ | | (1) | Investment expenses not included on line 6b, Form 990 $ | |
| (2) | Other (specify): _____ $ | | (2) | Other (specify): _____ $ | |
| | Add amounts on lines (1) and (2) | d | | Add amounts on lines (1) and (2) | d |
| e | Total revenue per line 12, Form 990 (line c plus line d) | e 6,323,165. | e | Total expenses per line 17, Form 990 (line c plus line d) | e 6,024,199. |

**Part V** List of Officers, Directors, Trustees, and Key Employees (List each one even if not compensated.)

| (A) Name and address | (B) Title and average hours per week devoted to position | (C) Compensation (If not paid, enter -0-.) | (D) Contributions to employee benefit plans & deferred compensation | (E) Expense account and other allowances |
|---|---|---|---|---|
| SHAYEN GEORGE P.O. BOX 710, 650 SOUTH IRVINE SHARON, PA 16146 | PRESIDENT | 0. 93,300. | 0. | 0. |
| ROBERT HOTCHKISS 1875 WARNER ROAD HUBBARD, OH 44425 | DIRECTOR | 0. 0. | 0. | 0. |
| DAN WALSH 5155 FARIFAX DR. GENEVA ON THE LAKE, OH 44041 | TREASURER | 0. 0. | 0. | 0. |
| TOM GEORGE 2515 ELK RIDGE WEXFORD, PA 15090 | SECRETARY | 0. 0. | 0. | 0. |

**EXHIBIT B-2**

75  Did any officer, director, trustee, or key employee receive aggregate compensation of more than $100,000 from your organization and all related organizations, of which more than $10,000 was provided by the related organizations? If "Yes," attach schedule. ▶ ☐ Yes ☒ No

Form 990 (2000)

Form 990 (2000)  ASSOCIATES IN COUNSELING AND CHILD GUIDANCE, INC.   25-1822655   Page 5

## Part VI  Other Information

| | | N/A | Yes | No |
|---|---|---|---|---|
| 76 | Did the organization engage in any activity not previously reported to the IRS? If "Yes," attach a detailed description of each activity | 76 | | X |
| 77 | Were any changes made in the organizing or governing documents but not reported to the IRS? | 77 | | X |
| | If "Yes," attach a conformed copy of the changes. | | | |
| 78 a | Did the organization have unrelated business gross income of $1,000 or more during the year covered by this return? | 78a | | X |
| b | If "Yes," has it filed a tax return on Form 990-T for this year? ... N/A | 78b | | |
| 79 | Was there a liquidation, dissolution, termination, or substantial contraction during the year? | 79 | | X |
| | If "Yes," attach a statement. | | | |
| 80 a | Is the organization related (other than by association with a statewide or nationwide organization) through common membership, governing bodies, trustees, officers, etc., to any other exempt or nonexempt organization? | 80a | | X |
| b | If "Yes," enter the name of the organization ▶ _____ and check whether it is ☐ exempt OR ☐ nonexempt. | | | |
| 81 a | Enter the amount of political expenditures, direct or indirect, as described in the instructions for line 81 ... 81a  0. | | | |
| b | Did the organization file Form 1120-POL for this year? | 81b | | X |
| 82 a | Did the organization receive donated services or the use of materials, equipment, or facilities at no charge or at substantially less than fair rental value? | 82a | | X |
| b | If "Yes," you may indicate the value of these items here. Do not include this amount as revenue in Part I or as an expense in Part II. (See instructions for reporting in Part III.) ... 82b  N/A | | | |
| 83 a | Did the organization comply with the public inspection requirements for returns and exemption applications? | 83a | X | |
| b | Did the organization comply with the disclosure requirements relating to quid pro quo contributions? | 83b | X | |
| 84 a | Did the organization solicit any contributions or gifts that were not tax deductible? | 84a | | X |
| b | If "Yes," did the organization include with every solicitation an express statement that such contributions or gifts were not tax deductible? ... N/A | 84b | | |
| 85 | 501(c)(4), (5), or (6) organizations. a Were substantially all dues nondeductible by members? ... N/A | 85a | | |
| b | Did the organization make only in-house lobbying expenditures of $2,000 or less? ... N/A | 85b | | |
| | If "Yes" was answered to either 85a or 85b, do not complete 85c through 85h below unless the organization received a waiver for proxy tax owed for the prior year. | | | |
| c | Dues, assessments, and similar amounts from members ... 85c  N/A | | | |
| d | Section 162(e) lobbying and political expenditures ... 85d  N/A | | | |
| e | Aggregate nondeductible amount of section 6033(e)(1)(A) dues notices ... 85e  N/A | | | |
| f | Taxable amount of lobbying and political expenditures (line 85d less 85e) ... 85f  N/A | | | |
| g | Does the organization elect to pay the section 6033(e) tax on the amount in 85f? ... N/A | 85g | | |
| h | If section 6033(e)(1)(A) dues notice were sent, does the organization agree to add the amount in 85f to its reasonable estimate of dues allocable to nondeductible lobbying and political expenditures for the following tax year? ... N/A | 85h | | |
| 86 | 501(c)(7) organizations. Enter: a Initiation fees and capital contributions included on line 12 ... 86a  N/A | | | |
| b | Gross receipts, included on line 12, for public use of club facilities ... 86b  N/A | | | |
| 87 | 501(c)(12) organizations. Enter: a Gross income from members or shareholders ... 87a  N/A | | | |
| b | Gross income from other sources. (Do not net amounts due or paid to other sources against amounts due or received from them.) ... 87b  N/A | | | |
| 88 | At any time during the year, did the organization own a 50% or greater interest in a taxable corporation or partnership, or an entity disregarded as separate from the organization under Regulations sections 301.7701-2 and 301.7701-3? If "Yes," complete Part IX | 88 | | X |
| 89 a | 501(c)(3) organizations. Enter: Amount of tax imposed on the organization during the year under: section 4911 ▶ 0. ; section 4912 ▶ 0. ; section 4955 ▶ 0. | | | |
| b | 501(c)(3) and 501(c)(4) organizations. Did the organization engage in any section 4958 excess benefit transaction during the year or did it become aware of an excess benefit transaction from a prior year? If "Yes," attach a statement explaining each transaction | 89b | | X |
| c | Enter: Amount of tax imposed on the organization managers or disqualified persons during the year under sections 4912, 4955, and 4958 ▶ | | | 0. |
| d | Enter: Amount of tax on line 89c, above, reimbursed by the organization ▶ | | | 0. |
| 90 a | List the states with which a copy of this return is filed ▶ PENNSYLVANIA | | | |
| b | Number of employees employed in the pay period that includes March 12, 2000 ... 90b | | | 34 |
| 91 | The books are in care of ▶ GEORGIANA RICE    Telephone no. ▶ (724) 983-1381 | | | |
| | Located at ▶ 272 E. CONNELLY BLVD., SHARON, PA    ZIP code ▶ 16146 | | | |
| 92 | Section 4947(a)(1) nonexempt charitable trusts filing Form 990 in lieu of Form 1041- Check here ▶ ☐ and enter the amount of tax-exempt interest received or accrued during the tax year ▶ 92  N/A | | | |

023041
12-19-00

5

Form 990 (2000)

16570625 781901 ACCG    2000.05050 ASSOCIATES IN COUNSELING AN ACCG___1

Form 990 (2000) ASSOCIATES IN COUNSELING AND CHILD GUIDANCE, INC.   25-1822655   Page 6

### Part VII   Analysis of Income-Producing Activities

| Enter gross amounts unless otherwise indicated. | Unrelated business income | | Excluded by section 512, 513, or 514 | | (E) Related or exempt function income |
|---|---|---|---|---|---|
| | (A) Business code | (B) Amount | (C) Exclusion code | (D) Amount | |
| 93 Program service revenue: | | | | | |
| a FEES AND REIMBURSEMENTS | | | | | 6,323,165. |
| b | | | | | |
| c | | | | | |
| d | | | | | |
| e | | | | | |
| f Medicare/Medicaid payments | | | | | |
| g Fees and contracts from government agencies | | | | | |
| 94 Membership dues and assessments | | | | | |
| 95 Interest on savings and temporary cash investments | | | | | |
| 96 Dividends and interest from securities | | | | | |
| 97 Net rental income or (loss) from real estate: | | | | | |
| a debt-financed property | | | | | |
| b not debt-financed property | | | | | |
| 98 Net rental income or (loss) from personal property | | | | | |
| 99 Other investment income | | | | | |
| 100 Gain or (loss) from sales of assets other than inventory | | | | | |
| 101 Net income or (loss) from special events | | | | | |
| 102 Gross profit or (loss) from sales of inventory | | | | | |
| 103 Other revenue: | | | | | |
| a | | | | | |
| b | | | | | |
| c | | | | | |
| d | | | | | |
| e | | | | | |
| 104 Subtotal (add columns (B), (D), and (E)) | | 0. | | 0. | 6,323,165. |
| 105 Total (add line 104, columns (B), (D), and (E)) | | | | ▶ | 6,323,165. |

Note: Line 105 plus line 1d, Part I, should equal the amount on line 12, Part I.

### Part VIII   Relationship of Activities to the Accomplishment of Exempt Purposes

| Line No. ▼ | Explain how each activity for which income is reported in column (E) of Part VII contributed importantly to the accomplishment of the organization's exempt purposes (other than by providing funds for such purposes). |
|---|---|
| 93A | ASSOCIATES IN COUNSELING AND CHILD GUIDANCE IS A NON-PROFIT CORPORATION WHICH PROVIDES MENTAL HEALTH SERVICES FOR CHILDREN IN THE SHENAGO VALLEY AREA. |

### Part IX   Information Regarding Taxable Subsidiaries and Disregarded Entities

| (A) Name, address, and EIN of corporation, partnership, or disregarded entity | (B) Percentage of ownership interest | (C) Nature of activities | (D) Total income | (E) End-of-year assets |
|---|---|---|---|---|
| N/A | % | | | |
| | % | | | |
| | % | | | |

### Part X   Information Regarding Transfers Associated with Personal Benefit Contracts

(a) Did the organization, during the year, receive any funds, directly or indirectly, to pay premiums on a personal benefit contract? ☐ Yes ☒ No
(b) Did the organization, during the year, pay premiums, directly or indirectly, on a personal benefit contract? ☐ Yes ☒ No

...companying schedules and statements, and to the best of my knowledge and belief, it is true,
information of which preparer has any knowledge. (Important: See General Instruction W.)

9-26-01   Shayen George   Exc. Director
         Type or print name and title

| SCHEDULE A (Form 990 or 990-EZ) Department of the Treasury Internal Revenue Service | Organization Exempt Under Section 501(c)(3) (Except Private Foundation) and Section 501(e), 501(f), 501(k), 501(n), or Section 4947(a)(1) Nonexempt Charitable Trust Supplementary Information ▶ MUST be completed by the above organizations and attached to their Form 990 or 990-EZ. | OMB No. 1545-0047 **2000** |
|---|---|---|
| Name of the organization ASSOCIATES IN COUNSELING AND CHILD GUIDANCE, INC. | | Employer identification number 25 1822655 |

**Part I** Compensation of the Five Highest Paid Employees Other Than Officers, Directors, and Trustees
(See instructions. List each one. If there are none, enter "None.")

| (a) Name and address of each employee paid more than $50,000 | (b) Title and average hours per week devoted to position | (c) Compensation | (d) Contributions to employee benefit plans & deferred compensation | (e) Expense account and other allowances |
|---|---|---|---|---|
| NONE | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Total number of other employees paid over $50,000 ▶ | | 0 | | |

**Part II** Compensation of the Five Highest Paid Independent Contractors for Professional Services
(See instructions. List each one (whether individuals or firms). If there are none, enter "None.")

| (a) Name and address of each independent contractor paid more than $50,000 | (b) Type of service | (c) Compensation |
|---|---|---|
| NONE | | |
| | | |
| | | |
| | | |
| | | |
| Total number of others receiving over $50,000 for professional services ▶ | 0 | |

LHA   For Paperwork Reduction Act Notice, see page 1 of the Instructions for Form 990 and Form 990-EZ.   Schedule A (Form 990 or 990-EZ) 2000

023101
12-09-00
7
16570625 781901 ACCG          2000.05050 ASSOCIATES IN COUNSELING AN ACCG___1

Schedule A (Form 990 or 990-EZ) 2000   ASSOCIATES IN COUNSELING AND CHILD GUIDANCE, INC.   25-1822655   Page 2

## Part III  Statements About Activities

| | | Yes | No |
|---|---|---|---|
| 1 | During the year, has the organization attempted to influence national, state, or local legislation, including any attempt to influence public opinion on a legislative matter or referendum? If "Yes," enter the total expenses paid or incurred in connection with the lobbying activites ▶ $ _____ Organizations that made an election under section 501(h) by filing Form 5768 must complete Part VI-A. Other organizations checking "Yes," must complete Part VI-B AND attach a statement giving a detailed description of the lobbying activities. | 1 | | X |
| 2 | During the year, has the organization, either directly or indirectly, engaged in any of the following acts with any of its trustees, directors, officers, creators, key employees, or members of their families, or with any taxable organization with which any such person is affiliated as an officer, director, trustee, majority owner, or principal beneficiary: | | | |
| a | Sale, exchange, or leasing of property? | 2a | | X |
| b | Lending of money or other extension of credit? | 2b | | X |
| c | Furnishing of goods, services, or facilities? | 2c | | X |
| d | Payment of compensation (or payment or reimbursement of expenses if more than $1,000)? | 2d | | X |
| e | Transfer of any part of its income or assets? | 2e | | X |
| | If the answer to any question is "Yes," attach a detailed statement explaining the transactions. | | | |
| 3 | Does the organization make grants for scholarships, fellowships, student loans, etc.? | 3 | | X |
| 4a | Do you have a section 403(b) annuity plan for your employees? | 4a | | X |
| b | Attach a statement to explain how the organization determines that individuals or organizations receiving grants or loans from it in furtherance of its charitable programs qualify to receive payments. (See page 2 of the instructions.) | | | |

## Part IV  Reason for Non-Private Foundation Status  (See pages 2 through 5 of the instructions.)

The organization is not a private foundation because it is: (Please check only ONE applicable box.)

5 ☐ A church, convention of churches, or association of churches. Section 170(b)(1)(A)(i).
6 ☐ A school. Section 170(b)(1)(A)(ii). (Also complete Part V, page 5.)
7 ☐ A hospital or a cooperative hospital service organization. Section 170(b)(1)(A)(iii).
8 ☐ A Federal, state, or local government or governmental unit. Section 170(b)(1)(A)(v).
9 ☐ A medical research organization operated in conjunction with a hospital. Section 170(b)(1)(A)(iii). Enter the hospital's name, city, and state ▶ _____
10 ☐ An organization operated for the benefit of a college or university owned or operated by a governmental unit. Section 170(b)(1)(A)(iv). (Also complete the Support Schedule in Part IV-A.)
11a ☐ An organization that normally receives a substantial part of its support from a governmental unit or from the general public. Section 170(b)(1)(A)(vi). (Also complete the Support Schedule in Part IV-A.)
11b ☐ A community trust. Section 170(b)(1)(A)(vi). (Also complete the Support Schedule in Part IV-A.)
12 ☒ An organization that normally receives: (1) more than 33 1/3% of its support from contributions, membership fees, and gross receipts from activities related to its charitable, etc., functions - subject to certain exceptions, and (2) no more than 33 1/3% of its support from gross investment income and unrelated business taxable income (less section 511 tax) from businesses acquired by the organization after June 30, 1975. See section 509(a)(2). (Also complete the Support Schedule in Part IV-A.)

13 ☐ An organization that is not controlled by any disqualified persons (other than foundation managers) and supports organizations described in: (1) lines 5 through 12 above; or (2) section 501(c)(4), (5), or (6), if they meet the test of section 509(a)(2). (See section 509(a)(3).)

Provide the following information about the supported organizations. (See page 5 of the instructions.)

| (a) Name(s) of supported organization(s) | (b) Line number from above |
|---|---|
| | |
| | |
| | |
| | |

14 ☐ An organization organized and operated to test for public safety. Section 509(a)(4). (See page 5 of the instructions.)

Schedule A (Form 990 or 990-EZ) 2000

Schedule A (Form 990 or 990-EZ) 2000  ASSOCIATES IN COUNSELING AND CHILD GUIDANCE, INC.   25-1822655   Page 3

**Part IV-A** Support Schedule (Complete only if you checked a box on line 10, 11, or 12.) Use cash method of accounting.
Note: *You may use the worksheet in the instructions for converting from the accrual to the cash method of accounting.*

| Calendar year (or fiscal year beginning in) ▶ | (a) 1999 | (b) 1998 | (c) 1997 | (d) 1996 | (e) Total |
|---|---|---|---|---|---|
| 15 Gifts, grants, and contributions received. (Do not include unusual grants. See line 28.) | 0. | | | | |
| 16 Membership fees received | 0. | | | | |
| 17 Gross receipts from admissions, merchandise sold or services performed, or furnishing of facilities in any activity that is not a business unrelated to the organization's charitable, etc., purpose | 3,676,604. | | | | 3,676,604. |
| 18 Gross income from interest, dividends, amounts received from payments on securities loans (section 512(a)(5)), rents, royalties, and unrelated business taxable income (less section 511 taxes) from businesses acquired by the organization after June 30, 1975 | 0. | | | | |
| 19 Net income from unrelated business activities not included in line 18 | 0. | | | | |
| 20 Tax revenues levied for the organization's benefit and either paid to it or expended on its behalf | 0. | | | | |
| 21 The value of services or facilities furnished to the organization by a governmental unit without charge. Do not include the value of services or facilities generally furnished to the public without charge | 0. | | | | |
| 22 Other income. Attach a schedule. Do not include gain or (loss) from sale of capital assets | | | | | |
| 23 Total of lines 15 through 22 | 3,676,604. | 0. | 0. | 0. | 3,676,604. |
| 24 Line 23 minus line 17 | | | | | |
| 25 Enter 1% of line 23 | 36,766. | | | | |

| | | |
|---|---|---|
| 26 Organizations described on lines 10 or 11: **a** Enter 2% of amount in column (e), line 24 ▶ | 26a | N/A |
| **b** Attach a list (which is not open to public inspection) showing the name of and amount contributed by each person (other than a governmental unit or publicly supported organization) whose total gifts for 1996 through 1999 exceeded the amount shown in line 26a. Enter the sum of all these excess amounts ▶ | 26b | N/A |
| **c** Total support for section 509(a)(1) test: Enter line 24, column (e) ▶ | 26c | N/A |
| **d** Add: Amounts from column (e) for lines:  18 _____  19 _____  22 _____  26b _____ ▶ | 26d | N/A |
| **e** Public support (line 26c minus line 26d total) ▶ | 26e | N/A |
| **f** Public support percentage (line 26e (numerator) divided by line 26c (denominator)) ▶ | 26f | N/A % |

27 Organizations described on line 12: **a** For amounts included in lines 15, 16, and 17 that were received from a "disqualified person," attach a list (which is not open to public inspection) to show the name of, and total amounts received in each year from, each "disqualified person." Enter the sum of such amounts for each year:
(1999) ___0.___ (1998) ___0.___ (1997) ___0.___ (1996) ___0.___

**b** For any amount included in line 17 that was received from a nondisqualified person, attach a list to show the name of, and amount received for each year, that was more than the **larger of (1)** the amount on line 25 for the year or **(2)** $5,000. (Include in the list organizations described in lines 5 through 11, as well as individuals.) After computing the difference between the amount received and the larger amount described in (1) or (2), enter the sum of these differences (the excess amounts) for each year:
(1999) ___0.___ (1998) ___0.___ (1997) ___0.___ (1996) ___0.___

| | | |
|---|---|---|
| **c** Add: Amounts from column (e) for lines:  15 _____  16 _____  17  3,676,604.  20 _____  21 _____ ▶ | 27c | 3,676,604. |
| **d** Add: Line 27a total ___0.___ and line 27b total ___0.___ ▶ | 27d | 0. |
| **e** Public support (line 27c total minus line 27d total) ▶ | 27e | 3,676,604. |
| **f** Total support for section 509(a)(2) test: Enter amount on line 23, column (e) ▶ | 27f | 3,676,604. |
| **g** Public support percentage (line 27e (numerator) divided by line 27f (denominator)) ▶ | 27g | 100.0000% |
| **h** Investment income percentage (line 18, column (e) (numerator) divided by line 27f (denominator)) ▶ | 27h | .0000% |

28 Unusual Grants: For an organization described in line 10, 11, or 12, that received any unusual grants during 1996 through 1999, attach a list (which is not open to public inspection) for each year showing the name of the contributor, the date and amount of the grant, and a brief description of the nature of the grant. Do not include these grants in line 15. (See page 5 of the instructions.)    NONE

023121
12-27-00

9

Schedule A (Form 990 or 990-EZ) 2000

16570625 781901 ACCG        2000.05050 ASSOCIATES IN COUNSELING AN ACCG___1

Schedule A (Form 990 or 990-EZ) 2000   ASSOCIATES IN COUNSELING AND CHILD GUIDANCE, INC.   25-1822655   Page 4

## Part V — Private School Questionnaire
(To be completed ONLY by schools that checked the box on line 6 in Part IV)   N/A

| | | Yes | No |
|---|---|---|---|
| 29 | Does the organization have a racially nondiscriminatory policy toward students by statement in its charter, bylaws, other governing instrument, or in a resolution of its governing body? | | |
| 30 | Does the organization include a statement of its racially nondiscriminatory policy toward students in all its brochures, catalogues, and other written communications with the public dealing with student admissions, programs, and scholarships? | | |
| 31 | Has the organization publicized its racially nondiscriminatory policy through newspaper or broadcast media during the period of solicitation for students, or during the registration period if it has no solicitation program, in a way that makes the policy known to all parts of the general community it serves? | | |

If "Yes," please describe; if "No," please explain. (If you need more space, attach a separate statement.)

| | | Yes | No |
|---|---|---|---|
| 32 | Does the organization maintain the following: | | |
| a | Records indicating the racial composition of the student body, faculty, and administrative staff? | | |
| b | Records documenting that scholarships and other financial assistance are awarded on a racially nondiscriminatory basis? | | |
| c | Copies of all catalogues, brochures, announcements, and other written communications to the public dealing with student admissions, programs, and scholarships? | | |
| d | Copies of all material used by the organization or on its behalf to solicit contributions? | | |

If you answered "No" to any of the above, please explain. (If you need more space, attach a separate statement.)

| | | Yes | No |
|---|---|---|---|
| 33 | Does the organization discriminate by race in any way with respect to: | | |
| a | Students' rights or privileges? | | |
| b | Admissions policies? | | |
| c | Employment of faculty or administrative staff? | | |
| d | Scholarships or other financial assistance? | | |
| e | Educational policies? | | |
| f | Use of facilities? | | |
| g | Athletic programs? | | |
| h | Other extracurricular activities? | | |

If you answered "Yes" to any of the above, please explain. (If you need more space, attach a separate statement.)

| | | Yes | No |
|---|---|---|---|
| 34a | Does the organization receive any financial aid or assistance from a governmental agency? | | |
| b | Has the organization's right to such aid ever been revoked or suspended? | | |

If you answered "Yes" to either 34a or b, please explain using an attached statement.

| | | Yes | No |
|---|---|---|---|
| 35 | Does the organization certify that it has complied with the applicable requirements of sections 4.01 through 4.05 of Rev. Proc. 75-50, 1975-2 C.B. 587, covering racial nondiscrimination? If "No," attach an explanation | | |

Schedule A (Form 990 or 990-EZ) 2000

Schedule A (Form 990 or 990-EZ) 2000    ASSOCIATES IN COUNSELING AND CHILD GUIDANCE, INC.    25-1822655    Page 5

### Part VI-A — Lobbying Expenditures by Electing Public Charities
(To be completed ONLY by an eligible organization that filed Form 5768)    N/A

Check here ▶ ☐ If the organization belongs to an affiliated group.
Check here ▶ ☐ If you checked "a" above and "limited control" provisions apply.

| Limits on Lobbying Expenditures<br>(The term "expenditures" means amounts paid or incurred.) | | (a) Affiliated group totals | (b) To be completed for ALL electing organizations |
|---|---|---|---|
| | | N/A | |
| 36  Total lobbying expenditures to influence public opinion (grassroots lobbying) | 36 | | |
| 37  Total lobbying expenditures to influence a legislative body (direct lobbying) | 37 | | |
| 38  Total lobbying expenditures (add lines 36 and 37) | 38 | | |
| 39  Other exempt purpose expenditures | 39 | | |
| 40  Total exempt purpose expenditures (add lines 38 and 39) | 40 | | |
| 41  Lobbying nontaxable amount. Enter the amount from the following table — | 41 | | |
| 42  Grassroots nontaxable amount (enter 25% of line 41) | 42 | | |
| 43  Subtract line 42 from line 36. Enter -0- if line 42 is more than line 36 | 43 | | |
| 44  Subtract line 41 from line 38. Enter -0- if line 41 is more than line 38 | 44 | | |

If the amount on line 40 is —     The lobbying nontaxable amount is —
Not over $500,000     20% of the amount on line 40
Over $500,000 but not over $1,000,000     $100,000 plus 15% of the excess over $500,000
Over $1,000,000 but not over $1,500,000     $175,000 plus 10% of the excess over $1,000,000
Over $1,500,000 but not over $17,000,000     $225,000 plus 5% of the excess over $1,500,000
Over $17,000,000     $1,000,000

Caution: If there is an amount on either line 43 or line 44, you must file Form 4720.

#### 4-Year Averaging Period Under Section 501(h)
(Some organizations that made a section 501(h) election do not have to complete all of the five columns below. See the instructions for lines 45 through 50 on page 9 of the instructions.)

Lobbying Expenditures During 4-Year Averaging Period    N/A

| Calendar year (or fiscal year beginning in) ▶ | (a) 2000 | (b) 1999 | (c) 1998 | (d) 1997 | (e) Total |
|---|---|---|---|---|---|
| 45  Lobbying nontaxable amount | | | | | 0. |
| 46  Lobbying ceiling amount (150% of line 45(e)) | | | | | 0. |
| 47  Total lobbying expenditures | | | | | 0. |
| 48  Grassroots nontaxable amount | | | | | 0. |
| 49  Grassroots ceiling amount (150% of line 48(e)) | | | | | 0. |
| 50  Grassroots lobbying expenditures | | | | | 0. |

### Part VI-B — Lobbying Activity by Nonelecting Public Charities
(For reporting only by organizations that did not complete Part VI-A)    N/A

During the year, did the organization attempt to influence national, state or local legislation, including any attempt to influence public opinion on a legislative matter or referendum, through the use of:

| | Yes | No | Amount |
|---|---|---|---|
| a  Volunteers | | | |
| b  Paid staff or management (include compensation in expenses reported on lines c through h) | | | |
| c  Media advertisements | | | |
| d  Mailings to members, legislators, or the public | | | |
| e  Publications, or published or broadcast statements | | | |
| f  Grants to other organizations for lobbying purposes | | | |
| g  Direct contact with legislators, their staffs, government officials, or a legislative body | | | |
| h  Rallies, demonstrations, seminars, conventions, speeches, lectures, or any other means | | | |
| i  Total lobbying expenditures (add lines c through h) | | | 0. |

If "Yes" to any of the above, also attach a statement giving a detailed description of the lobbying activities.

Schedule A (Form 990 or 990-EZ) 2000  ASSOCIATES IN COUNSELING AND CHILD GUIDANCE, INC.   25-1822655   Page 8

### Part VII — Information Regarding Transfers To and Transactions and Relationships With Noncharitable Exempt Organizations

51  Did the reporting organization directly or indirectly engage in any of the following with any other organization described in section 501(c) of the Code (other than section 501(c)(3) organizations) or in section 527, relating to political organizations?

| | | Yes | No |
|---|---|---|---|
| a | Transfers from the reporting organization to a noncharitable exempt organization of: | | |
| | (i) Cash — 51a(i) | | X |
| | (ii) Other assets — a(ii) | | X |
| b | Other transactions: | | |
| | (i) Sales or exchanges of assets with a noncharitable exempt organization — b(i) | | X |
| | (ii) Purchases of assets from a noncharitable exempt organization — b(ii) | | X |
| | (iii) Rental of facilities, equipment, or other assets — b(iii) | | X |
| | (iv) Reimbursement arrangements — b(iv) | | X |
| | (v) Loans or loan guarantees — b(v) | | X |
| | (vi) Performance of services or membership or fundraising solicitations — b(vi) | | X |
| c | Sharing of facilities, equipment, mailing lists, other assets, or paid employees — c | | X |

d  If the answer to any of the above is "Yes," complete the following schedule. Column (b) should always show the fair market value of the goods, other assets, or services given by the reporting organization. If the organization received less than fair market value in any transaction or sharing arrangement, show in column (d) the value of the goods, other assets, or services received:   N/A

| (a) Line no. | (b) Amount involved | (c) Name of noncharitable exempt organization | (d) Description of transfers, transactions, and sharing arrangements |
|---|---|---|---|
| | | | |

52 a  Is the organization directly or indirectly affiliated with, or related to, one or more tax-exempt organizations described in section 501(c) of the Code (other than section 501(c)(3)) or in section 527? ▶ ☐ Yes  [X] No

b  If "Yes," complete the following schedule:   N/A

| (a) Name of organization | (b) Type of organization | (c) Description of relationship |
|---|---|---|
| | | |

Schedule A (Form 990 or 990-EZ) 2000

023151 12-09-00

12

16570625 781901 ACCG            2000.05050 ASSOCIATES IN COUNSELING AN ACCG___1

ASSOCIATES IN COUNSELING AND CHILD GUIDA                         25-1822655

FORM 990                    OTHER EXPENSES                       STATEMENT   1

| DESCRIPTION | (A) TOTAL | (B) PROGRAM SERVICES | (C) MANAGEMENT AND GENERAL | (D) FUNDRAISING |
|---|---|---|---|---|
| INSURANCE | 13,539. | 13,539. | | |
| ADVERTISING | 98,941. | | 98,941. | |
| CONTRACTED LABOR | 3,438,161. | 3,438,161. | | |
| CONTRACTED SERVICES | 82,147. | 82,147. | | |
| STAFF SERVICES | 14,465. | 14,465. | | |
| SECURITY | 15,515. | 15,515. | | |
| MISCELLANEOUS | 18,602. | 18,602. | | |
| CONTRIBUTIONS | 2,132. | 2,132. | | |
| MEALS AND ENTERTAINMENT | 12,041. | 12,041. | | |
| YOUTH MEMBERSHIPS | 5,310. | 5,310. | | |
| SUBSCRIPTIONS | 1,435. | 1,435. | | |
| RENT | 47,900. | 47,900. | | |
| TOTAL TO FM 990, LN 43 | 3,750,188. | 3,651,247. | 98,941. | |

FORM 990                    OTHER ASSETS                         STATEMENT   2

| DESCRIPTION | AMOUNT |
|---|---|
| LEASE DEPOSIT | 6,000. |
| NOTE RECEIVABLE - EMPLOYEE | 1,450. |
| TOTAL TO FORM 990, PART IV, LINE 58, COLUMN B | 7,450. |

Form 8868 (12-2000) Page 2

- If you are filing for an **Additional (not automatic) 3-Month Extension**, complete only Part II and check this box ▶ [X]
- Note: Only complete Part II if you have already been granted an automatic 3-month extension on a previously filed Form 8868.
- If you are filing for an **Automatic 3-Month Extension**, complete only Part I (on page 1).

| Part II | Additional (not automatic) 3-Month Extension of Time - Must file Original and One Copy. |

| Type or print. File by the extended due date for filing the return. See instructions. | Name of Exempt Organization<br>ASSOCIATES IN COUNSELING AND CHILD GUIDANCE, INC. | Employer Identification number<br>25-1822655 |
|---|---|---|
| | Number, street, and room or suite no. If a P.O. box, see instructions.<br>272 E. CONNELLY BLVD. | For IRS use only |
| | City, town or post office, state, and ZIP code. For a foreign address, see instructions.<br>SHARON, PA  16146 | |

Check type of return to be filed (File a separate application for each return):

[X] Form 990   [ ] Form 990-EZ   [ ] Form 990-T (sec. 401(a) or 408(a) trust)   [ ] Form 1041-A   [ ] Form 5227   [ ] Form 8870
[ ] Form 990-BL  [ ] Form 990-PF  [ ] Form 990-T (trust other than above)    [ ] Form 4720   [ ] Form 6069

STOP: Do not complete Part II if you were not already granted an automatic 3-month extension on a previously filed Form 8868.

- If the organization does not have an office or place of business in the United States, check this box ▶ [ ]
- If this is for a Group Return, enter the organization's four digit Group Exemption Number (GEN) _____. If this is for the whole group, check this box ▶ [ ]. If it is for part of the group, check this box ▶ [ ] and attach a list with the names and EINs of all members the extension is for.

4   I request an additional 3-month extension of time until **NOVEMBER 15, 2001**.
5   For calendar year **2000**, or other tax year beginning _____ and ending _____.
6   If this tax year is for less than 12 months, check reason:   [ ] Initial return   [ ] Final return   [ ] Change in accounting period
7   State in detail why you need the extension _____
    THE TAXPAYER IS CURRENTLY AWAITING ADDITIONAL INFORMATION THAT IS NEEDED TO FILE A COMPLETE AND ACCURATE RETURN.

8a  If this application is for Form 990-BL, 990-PF, 990-T, 4720, or 6069, enter the tentative tax, less any nonrefundable credits. See instructions ................................................................. $
 b  If this application is for Form 990-PF, 990-T, 4720, or 6069, enter any refundable credits and estimated tax payments made. Include any prior year overpayment allowed as a credit and any amount paid previously with Form 8868 ................................................................. $
 c  Balance Due. Subtract line 8b from line 8a. Include your payment with this form, or, if required, deposit with FTD coupon or, if required, by using EFTPS (Electronic Federal Tax Payment System). See instructions ...... $   N/A

**Signature and Verification**

Under penalties of perjury, I declare that I have examined this form, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete, and that I am authorized to prepare this form.

Signature ▶ _____   Title ▶ CPA   Date ▶ 8/15/01

**Notice to Applicant - To Be Completed by the IRS**

[ ] We have approved this application. Please attach this form to the organization's return.
[✓] We have not approved this application. However, we have granted a 10-day grace period from the later of the date shown below or the due date of the organization's return (including any prior extensions). This grace period is considered to be a valid extension of time for elections otherwise required to be made on a timely return. Please attach this form to the organization's return.
[ ] We have not approved this application. After considering the reasons stated in item 7, we cannot grant your request for an extension of time to file. We are not granting the 10-day grace period.
[ ] We cannot consider this application because it was filed after the due date of the return for which an extension was requested.
[ ] Other _____

By: _____
Director                                                                                     Date

Alternate Mailing Address - Enter the address if you want the copy of this application for an additional 3-month extension returned to an address different than the one entered above.

| Type or print | Name<br>MCGILL, POWER, BELL & ASSOCIATES, LLP |
|---|---|
| | Number and street (include suite, room, or apt. no.) Or a P.O. box number<br>3110 HIGHLAND ROAD |
| | City or town, province or state, and country (including postal or ZIP code)<br>HERMITAGE, PA  16148 |

023832
12-18-00                                                                                 Form 8868 (12-2000)

| Form **8868** (December 2000) Department of the Treasury Internal Revenue Service | **Application for Extension of Time To File an Exempt Organization Return** ▶ File a separate application for each return. | OMB No. 1545-1709 |
|---|---|---|

- If you are filing for an **Automatic 3-Month Extension**, complete only Part I and check this box ................................................. ▶ [X]
- If you are filing for an **Additional (not automatic) 3-Month Extension**, complete only Part II (on page 2 of this form).

Note: *Do not complete Part II unless you have already been granted an automatic 3-month extension on a previously filed Form 8868.*

**Part I**    Automatic 3-Month Extension of Time - Only submit original (no copies needed)

Note: *Form 990-T corporations requesting an automatic 6-month extension - check this box and complete Part I only* ................................. ▶ ☐
*All other corporations (including Form 990-C filers) must use Form 7004 to request an extension of time to file income tax returns. Partnerships, REMICs and trusts must use Form 8736 to request an extension of time to file Form 1065, 1066, or 1041.*

| Type or print | Name of Exempt Organization<br>ASSOCIATES IN COUNSELING AND CHILD GUIDANCE, INC. | Employer identification number<br>25-1822655 |
|---|---|---|
| File by the due date for filing your return. See instructions. | Number, street, and room or suite no. If a P.O. box, see instructions.<br>272 E. CONNELLY BLVD. | |
| | City, town or post office, state, and ZIP code. For a foreign address, see instructions.<br>SHARON, PA 16146 | |

Check type of return to be filed (file a separate application for each return):

- [X] Form 990
- [ ] Form 990-BL
- [ ] Form 990-EZ
- [ ] Form 990-PF
- [ ] Form 990-T (corporation)
- [ ] Form 990-T (sec. 401(a) or 408(a) trust)
- [ ] Form 990-T (trust other than above)
- [ ] Form 1041-A
- [ ] Form 4720
- [ ] Form 5227
- [ ] Form 6069
- [ ] Form 8870

- If the organization does not have an office or place of business in the United States, check this box .............................. ▶ ☐
- If this is for a Group Return enter the organization's four digit Group Exemption Number (GEN) _____ . If this is for the whole group, check this box ▶ ☐ . If it is for part of the group, check this box ▶ ☐ and attach a list with the names and EINs of all members the extension will cover.

1   I request an automatic 3-month (6-month, for 990-T corporation) extension of time until __AUGUST 15, 2001__ .
    to file the exempt organization return for the organization named above. The extension is for the organization's return for:
    ▶ [X] calendar year __2000__ or
    ▶ ☐ tax year beginning _____ , and ending _____ .

2   If this tax year is for less than 12 months, check reason:   ☐ Initial return    ☐ Final return    ☐ Change in accounting period

3a   If this application is for Form 990-BL, 990-PF, 990-T, 4720, or 6069, enter the tentative tax, less any nonrefundable credits. See instructions ................................................................................................. $ _____

b   If this application is for Form 990-PF or 990-T, enter any refundable credits and estimated tax payments made. Include any prior year overpayment allowed as a credit ........................................... $ _____

c   Balance Due. Subtract line 3b from line 3a. Include your payment with this form, or, if required, deposit with FTD coupon or, if required, by using EFTPS (Electronic Federal Tax Payment System). See instructions .................... $ __N/A__

**Signature and Verification**

Under penalties of perjury, I declare that I have examined this form, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete, and that I am authorized to prepare this form.

Signature ▶ *[signature]*    Title ▶ CPA    Date ▶ 5/10/01

LHA   For Paperwork Reduction Act Notice, see instruction                 Form **8868** (12-2000)

023831
12-16-00

| Form **4562** | | **Depreciation and Amortization** | | | OMB No. 1545-0172 |
|---|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | | (Including Information on Listed Property) ▶ See separate Instructions. ▶ Attach this form to your return. | | | **2000** Attachment Sequence No. **67** |

Name(s) shown on return: ACCG, INC.

Identifying number:

Business or activity to which this form relates: All Business Activities

### Part I — Election To Expense Certain Tangible Property (Section 179)

Note: If you have any "listed property," complete Part V before you complete Part I.

| | | |
|---|---|---|
| 1 Maximum dollar limitation. If an enterprise zone business, see page 2 of the instructions | 1 | $20,000 |
| 2 Total cost of section 179 property placed in service. See page 2 of the instructions | 2 | |
| 3 Threshold cost of section 179 property before reduction in limitation | 3 | $200,000 |
| 4 Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | |
| 5 Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see page 2 of the instructions | 5 | |

| (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|
| 6 | | |

| | | |
|---|---|---|
| 7 Listed property. Enter amount from line 27 | 7 | |
| 8 Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | |
| 9 Tentative deduction. Enter the smaller of line 5 or line 8 | 9 | |
| 10 Carryover of disallowed deduction from 1999. See page 3 of the instructions | 10 | |
| 11 Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instructions) | 11 | |
| 12 Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | 12 | |
| 13 Carryover of disallowed deduction to 2001. Add lines 9 and 10, less line 12 ▶ | 13 | |

Note: Do not use Part II or Part III below for listed property (automobiles, certain other vehicles, cellular telephones, certain computers, or property used for entertainment, recreation, or amusement). Instead, use Part V for listed property.

### Part II — MACRS Depreciation for Assets Placed in Service Only During Your 2000 Tax Year (Do not include listed property.)

**Section A—General Asset Account Election**

14 If you are making the election under section 168(i)(4) to group any assets placed in service during the tax year into one or more general asset accounts, check this box. See page 3 of the instructions ▶ ☐

**Section B—General Depreciation System (GDS) (See page 3 of the instructions.)**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only—see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 15a  3-year property | | | | | | |
| b  5-year property | | 60,206.31 | 5.0 | HY | 200DB | 12,041.27 |
| c  7-year property | | 8,063.40 | 7.0 | HY | 200DB | 1,151.91 |
| d  10-year property | | | | | | |
| e  15-year property | | | | | | |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h  Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i  Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

**Section C—Alternative Depreciation System (ADS) (See page 5 of the instructions.)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 16a  Class life | | | | | S/L | |
| b  12-year | | | 12 yrs. | | S/L | |
| c  40-year | | | 40 yrs. | MM | S/L | |

### Part III — Other Depreciation (Do not include listed property.) (See page 5 of the instructions.)

| | | |
|---|---|---|
| 17 GDS and ADS deductions for assets placed in service in tax years beginning before 2000 | 17 | 1,687.19 |
| 18 Property subject to section 168(f)(1) election | 18 | |
| 19 ACRS and other depreciation | 19 | 975.67 |

### Part IV — Summary (See page 6 of the instructions.)

| | | |
|---|---|---|
| 20 Listed property. Enter amount from line 26 | 20 | |
| 21 Total. Add deductions from line 12, lines 15 and 16 in column (g), and lines 17 through 20. Enter here and on the appropriate lines of your return. Partnerships and S corporations—see instructions | 21 | 15,856.04 |
| 22 For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 22 | |

For Paperwork Reduction Act Notice, see page 9 of the Instructions.                                    Form **4562** (2000)
DAA

Form 4562 (2000) ACCG, INC. Page 2

## Part V — Listed Property
(Include automobiles, certain other vehicles, cellular telephones, certain computers, and property used for entertainment, recreation, or amusement.)

Note: For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete only 23a, 23b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

### Section A—Depreciation and Other Information (Caution: See page 7 of the instructions for limits for passenger automobiles.)

23a  Do you have evidence to support the busn./invest. use claimed?  ☐ Yes  ☐ No    23b  If "Yes," is the evidence written?  ☐ Yes  ☐ No

| (a) Type of prop. (list vehicles first) | (b) Date placed in service | (c) Busn./invest. use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 24  Property used more than 50% in a qualified business use (See page 6 of the instructions.): | | | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| 25  Property used 50% or less in a qualified business use (See page 6 of the instructions.): | | | | | | | | |
| | | % | | | | S/L- | | |
| | | % | | | | S/L- | | |

26  Add amounts in column (h). Enter the total here and on line 20, page 1 ............ 26
27  Add amounts in column (i). Enter the total here and on line 7, page 1 .............................. 27

### Section B—Information on Use of Vehicles
Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person.
If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | (b) Vehicle 2 | (c) Vehicle 3 | (d) Vehicle 4 | (e) Vehicle 5 | (f) Vehicle 6 |
|---|---|---|---|---|---|---|
| 28  Total business/investment miles driven during the year (do not include commuting miles— see page 1 of the instructions) | | | | | | |
| 29  Total commuting miles driven during the year | | | | | | |
| 30  Total other personal (noncommuting) miles driven | | | | | | |
| 31  Total miles driven during the year. Add lines 28 through 30 | | | | | | |
| 32  Was the vehicle available for personal use during off-duty hours? | Yes No | Yes No | Yes No | Yes No | Yes No | Yes No |
| 33  Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | |
| 34  Is another vehicle available for personal use? | | | | | | |

### Section C—Questions for Employers Who Provide Vehicles for Use by Their Employees
Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who are not more than 5% owners or related persons. See page 8 of the instructions.

| | Yes | No |
|---|---|---|
| 35  Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| 36  Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See page 8 of the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | |
| 37  Do you treat all use of vehicles by employees as personal use? | | |
| 38  Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | |
| 39  Do you meet the requirements concerning qualified automobile demonstration use? See page 8 of the instructions | | |

Note: If your answer to 35, 36, 37, 38, or 39 is "Yes," do not complete Section B for the covered vehicles.

## Part VI — Amortization

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 40  Amortization of costs that begins during your 2000 tax year (See page 8 of the instructions.): | | | | | |
| | | | | | |

41  Amortization of costs that began before 2000 ........................................... 41
42  Total. Add amounts in column (f). See page 9 of the instructions for where to report ............ 42

DAA

Form **4562** (2000)