Form 990 (2000) ASSOCIATES IN COUNSELING AND CHILD GUIDANCE, INC.  25-1822655  Page 4

| Part IV-A | Reconciliation of Revenue per Audited Financial Statements with Revenue per Return | | Part IV-B | Reconciliation of Expenses per Audited Financial Statements With Expenses per Return | |
|---|---|---|---|---|---|
| a | Total revenue, gains, and other support per audited financial statements | a  6,323,165. | a | Total expenses and losses per audited financial statements | a  6,024,199. |
| b | Amounts included on line a but not on line 12, Form 990: | | b | Amounts included on line a but not on line 17, Form 990: | |
| (1) | Net unrealized gains on investments  $ | | (1) | Donated services and use of facilities  $ | |
| (2) | Donated services and use of facilities  $ | | (2) | Prior year adjustments reported on line 20, Form 990  $ | |
| (3) | Recoveries of prior year grants  $ | | (3) | Losses reported on line 20, Form 990  $ | |
| (4) | Other (specify): _____ $ | | (4) | Other (specify): _____ $ | |
| | Add amounts on lines (1) through (4) | b | | Add amounts on lines (1) through (4) | b |
| c | Line a minus line b | c  6,323,165. | c | Line a minus line b | c  6,024,199. |
| d | Amounts included on line 12, Form 990 but not on line a: | | d | Amounts included on line 17, Form 990 but not on line a: | |
| (1) | Investment expenses not included on line 6b, Form 990  $ | | (1) | Investment expenses not included on line 6b, Form 990  $ | |
| (2) | Other (specify): _____ $ | | (2) | Other (specify): _____ $ | |
| | Add amounts on lines (1) and (2) | d | | Add amounts on lines (1) and (2) | d |
| e | Total revenue per line 12, Form 990 (line c plus line d) | e  6,323,165. | e | Total expenses per line 17, Form 990 (line c plus line d) | e  6,024,199. |

**Part V** List of Officers, Directors, Trustees, and Key Employees (List each one even if not compensated.)

| (A) Name and address | (B) Title and average hours per week devoted to position | (C) Compensation (If not paid, enter -0-.) | (D) Contributions to employee benefit plans & deferred compensation | (E) Expense account and other allowances |
|---|---|---|---|---|
| SHAYEN GEORGE<br>P.O. BOX 710, 650 SOUTH IRVINE<br>SHARON, PA 16146 | PRESIDENT | 0. | 93,300. | 0. | 0. |
| ROBERT HOTCHKISS<br>1875 WARNER ROAD<br>HUBBARD, OH 44425 | DIRECTOR | 0. | 0. | 0. | 0. |
| DAN WALSH<br>5155 FARIFAX DR.<br>GENEVA ON THE LAKE, OH 44041 | TREASURER | 0. | 0. | 0. | 0. |
| TOM GEORGE<br>2515 ELK RIDGE<br>WEXFORD, PA 15090 | SECRETARY | 0. | 0. | 0. | 0. |

EXHIBIT B-2

75  Did any officer, director, trustee, or key employee receive aggregate compensation of more than $100,000 from your organization and all related organizations, of which more than $10,000 was provided by the related organizations? If "Yes," attach schedule.  ☐ Yes  ☒ No

Form 990 (2000)