| SCHEDULE A<br>(Form 990 or 990-EZ)<br><br>Department of the Treasury<br>Internal Revenue Service | Organization Exempt Under Section 501(c)(3)<br>(Except Private Foundation) and Section 501(e), 501(f), 501(k),<br>501(n), or Section 4947(a)(1) Nonexempt Charitable Trust<br>Supplementary Information—(See separate instructions.)<br>▶ MUST be completed by the above organizations and attached to their Form 990 or 990-EZ | | OMB No 1545-0047<br><br>**2001** |
|---|---|---|---|
| Name of the organization ASSOCIATES IN COUNSELING AND CHILD GUIDANCE, INC. | | | Employer identification number<br>25 1822655 |

**Part I** Compensation of the Five Highest Paid Employees Other Than Officers, Directors, and Trustees

(See page 1 of the instructions List each one If there are none, enter "None.")

| (a) Name and address of each employee paid more than $50,000 | (b) Title and average hours per week devoted to position | (c) Compensation | (d) Contributions to employee benefit plans & deferred compensation | (e) Expense account and other allowances |
|---|---|---|---|---|
| KRISTIE ABBS<br>9241 OLD PERRY HWY, PITTSBURGH, PA | BSC WORKER<br>40 | 65,649. | 0. | 0. |
| MICHAEL BRENICK<br>525 DUTCH LANE #13, HERMITAGE, PA | TSS WORKER<br>40 | 63,866. | 0. | 0. |
| DAWN HANAWAY<br>3821 TIMBERLANE DRIVE, HERMITAGE, PA | ADMINSTRATOR<br>40 | 60,360. | 0. | 0. |
| DEREK MIHALCIN<br>40 MOCK STREET, APT #7, HUBBARD, OH | BSC WORKER<br>40 | 57,523. | 0. | 0. |
| CHERYL PAVLICKO<br>2201 DELAWARE AVENUE, NEW CASTLE, PA | ADMINSTRATOR<br>40 | 60,191. | 0. | 0. |
| Total number of other employees paid over $50,000 ▶ | 1 | | | |

**Part II** Compensation of the Five Highest Paid Independent Contractors for Professional Services

(See page 2 of the instructions List each one (whether individuals or firms) If there are none, enter "None.")

| (a) Name and address of each independent contractor paid more than $50,000 | (b) Type of service | (c) Compensation |
|---|---|---|
| PSYCHOLOGICAL SUPPORT SYSTEMS<br>P.O. BOX 710, SHARON, PA | PSYCHOLOGICAL CONSULTING SERVIC | 295,000. |
| JONES, GREGG, CREEHAN & GERACE<br>411 7TH AVENUE, SUITE 1200, PITTSBURGH, PA | LEGAL SERVICES | 117,598. |
| | | |
| | | |
| | | |
| Total number of others receiving over $50,000 for professional services ▶ | 0 | |

**EXHIBIT C-1**

LHA   For Paperwork Reduction Act Notice, see the Instructions for Form 990 and Form 990-EZ            Schedule A (Form 990 or 990-EZ) 2001

123101
12 29-01

7