Form 990 (2001)  ASSOCIATES IN COUNSELING AND CHILD GUIDANCE, INC.   25-1822655   Page 4

### Part IV-A — Reconciliation of Revenue per Audited Financial Statements with Revenue per Return

| | | |
|---|---|---|
| a | Total revenue, gains, and other support per audited financial statements | **a** 5,609,413. |
| b | Amounts included on line a but not on line 12, Form 990 | |
| (1) | Net unrealized gains on investments $ _____ | |
| (2) | Donated services and use of facilities $ _____ | |
| (3) | Recoveries of prior year grants $ _____ | |
| (4) | Other (specify) _____ $ _____ | |
| | Add amounts on lines (1) through (4) | **b** 0. |
| c | Line a minus line b | **c** 5,609,413. |
| d | Amounts included on line 12, Form 990 but not on line a | |
| (1) | Investment expenses not included on line 6b, Form 990 $ _____ | |
| (2) | Other (specify) _____ $ _____ | |
| | Add amounts on lines (1) and (2) | **d** 0. |
| e | Total revenue per line 12, Form 990 (line c plus line d) | **e** 5,609,413. |

### Part IV-B — Reconciliation of Expenses per Audited Financial Statements With Expenses per Return

| | | |
|---|---|---|
| a | Total expenses and losses per audited financial statements | **a** 5,696,631. |
| b | Amounts included on line a but not on line 17, Form 990 | |
| (1) | Donated services and use of facilities $ _____ | |
| (2) | Prior year adjustments reported on line 20, Form 990 $ _____ | |
| (3) | Losses reported on line 20, Form 990 $ _____ | |
| (4) | Other (specify) _____ $ _____ | |
| | Add amounts on lines (1) through (4) | **b** 0. |
| c | Line a minus line b | **c** 5,696,631. |
| d | Amounts included on line 17, Form 990 but not on line a | |
| (1) | Investment expenses not included on line 6b, Form 990 $ _____ | |
| (2) | Other (specify) _____ $ _____ | |
| | Add amounts on lines (1) and (2) | **d** 0. |
| e | Total expenses per line 17, Form 990 (line c plus line d) | **e** 5,696,631. |

### Part V — List of Officers, Directors, Trustees, and Key Employees (List each one even if not compensated.)

| (A) Name and address | (B) Title and average hours per week devoted to position | (C) Compensation (If not paid, enter -0-) | (D) Contributions to employee benefit plans & deferred compensation | (E) Expense account and other allowances |
|---|---|---|---|---|
| SHAYEN GEORGE<br>272 E. CONNELLY BLVD.<br>SHARON, PA 16146 | PRESIDENT<br>40 | 122,534. | 0. | 0. |
| ROBERT HOTCHKISS<br>272 E. CONNELLY BLVD.<br>SHARON, PA 16146 | MEMBER<br>0. | 0. | 0. | 0. |
| TOM GEORGE<br>272 E. CONNELLY BLVD.<br>SHARON, PA 16146 | SECRETARY/TREASURER<br>0. | 0. | 0. | 0. |

EXHIBIT C-2

75  Did any officer, director, trustee, or key employee receive aggregate compensation of more than $100,000 from your organization and all related organizations, of which more than $10,000 was provided by the related organizations? If "Yes," attach schedule ▶  ☐ Yes  ☒ No

Form 990 (2001)