**SCHEDULE A**
(Form 990 or 990-EZ)

Department of the Treasury
Internal Revenue Service

# Organization Exempt Under Section 501(c)(3)

(Except Private Foundation) and Section 501(e), 501(f), 501(k),
501(n), or Section 4947(a)(1) Nonexempt Charitable Trust
Supplementary Information-(See separate instructions.)
▶ MUST be completed by the above organizations and attached to their Form 990 or 990-EZ

OMB No 1545-0047

**2002**

| Name of the organization | Employer identification number |
|---|---|
| ASSOCIATES IN COUNSELING AND CHILD GUIDANCE, INC. | 25 1822655 |

## Part I — Compensation of the Five Highest Paid Employees Other Than Officers, Directors, and Trustees

(See page 1 of the instructions List each one If there are none, enter "None")

| (a) Name and address of each employee paid more than $50,000 | (b) Title and average hours per week devoted to position | (c) Compensation | (d) Contributions to employee benefit plans & deferred compensation | (e) Expense account and other allowances |
|---|---|---|---|---|
| KRISTIE ABBS<br>9241 OLD PERRY HWY, PITTSBURGH, PA | BSC WORKER<br>40 | 90,423. | 0. | 0. |
| CHAUNTEL M. GALLAGHER<br>433 STONEBORO-LATERAL RD, STONEBORO, PA | BSC WORKER<br>40 | 64,174. | 0. | 0. |
| DAWN HANAWAY<br>3821 TIMBERLANE DRIVE, HERMITAGE, PA | ADMINSTRATOR<br>40 | 63,742. | 0. | 0. |
| DANIEL HOUCK<br>164 HOPPER RD, TRANSFER, PA | BSC WORKER<br>40 | 75,287. | 0. | 0. |
| STEVEN L. JOHNSON<br>4849 OAK KNOLL DR, BOARDMAN, OH | PT WORKER<br>40 | 65,075. | 0. | 0. |

Total number of other employees paid over $50,000 ▶ 6

## Part II — Compensation of the Five Highest Paid Independent Contractors for Professional Services

(See page 2 of the instructions List each one (whether individuals or firms) If there are none, enter "None")

| (a) Name and address of each independent contractor paid more than $50,000 | (b) Type of service | (c) Compensation |
|---|---|---|
| PSYCHOLOGICAL SUPPORT SYSTEMS<br>P.O. BOX 710, SHARON, PA | PSYCHOLOGICAL CONSULTING SERVIC | 120,000. |
| JONES, GREGG, CREEHAN & GERACE<br>411 7TH AVENUE, SUITE 1200, PITTSBURGH, PA | LEGAL SERVICES | 257,465. |
| ALTMAN PSYCHIATRIC ASSOCIATION<br>751 MERCHANT RD, AMBRIDGE, PA | PSYCHIATRIC SERVICES | 119,966. |

**EXHIBIT D-1**

Total number of others receiving over $50,000 for professional services ▶ 0

223101/01 22 03   LHA   For Paperwork Reduction Act Notice, see the instructions for Form 990 and Form 990-EZ       Schedule A (Form 990 or 990-EZ) 2002

7

13500807 131892 ACCG                    2002.06000 ASSOCIATES IN COUNSELING AN ACCG___1