Form 990 (2002)  ASSOCIATES IN COUNSELING AND CHILD GUIDANCE, INC.   25-1822655   Page 4

### Part IV-A — Reconciliation of Revenue per Audited Financial Statements with Revenue per Return

- **a** Total revenue, gains, and other support per audited financial statements ▶ **a** 6,677,532.
- **b** Amounts included on line a but not on line 12, Form 990
  - (1) Net unrealized gains on investments $ _____
  - (2) Donated services and use of facilities $ _____
  - (3) Recoveries of prior year grants $ _____
  - (4) Other (specify) _____ $ _____
  - Add amounts on lines (1) through (4) ▶ **b** 0.
- **c** Line a minus line b ▶ **c** 6,677,532.
- **d** Amounts included on line 12, Form 990 but not on line a
  - (1) Investment expenses not included on line 6b, Form 990 $ _____
  - (2) Other (specify) _____ $ _____
  - Add amounts on lines (1) and (2) ▶ **d** 0.
- **e** Total revenue per line 12, Form 990 (line c plus line d) ▶ **e** 6,677,532.

### Part IV-B — Reconciliation of Expenses per Audited Financial Statements with Expenses per Return

- **a** Total expenses and losses per audited financial statements ▶ **a** 6,362,546.
- **b** Amounts included on line a but not on line 17, Form 990
  - (1) Donated services and use of facilities $ _____
  - (2) Prior year adjustments reported on line 20, Form 990 $ _____
  - (3) Losses reported on line 20, Form 990 $ _____
  - (4) Other (specify) _____ $ _____
  - Add amounts on lines (1) through (4) ▶ **b** 0.
- **c** Line a minus line b ▶ **c** 6,362,546.
- **d** Amounts included on line 17, Form 990 but not on line a
  - (1) Investment expenses not included on line 6b, Form 990 $ _____
  - (2) Other (specify) _____ $ _____
  - Add amounts on lines (1) and (2) ▶ **d** 0.
- **e** Total expenses per line 17, Form 990 (line c plus line d) ▶ **e** 6,362,546.

### Part V — List of Officers, Directors, Trustees, and Key Employees (List each one even if not compensated.)

| (A) Name and address | (B) Title and average hours per week devoted to position | (C) Compensation (If not paid, enter -0-) | (D) Contributions to employee benefit plans & deferred compensation | (E) Expense account and other allowances |
|---|---|---|---|---|
| SHAYEN GEORGE, 272 E. CONNELLY BLVD., SHARON, PA 16146 | PRESIDENT 40 | 178,070. | 0. | 0. |
| ROBERT HOTCHKISS, 272 E. CONNELLY BLVD., SHARON, PA 16146 | MEMBER 0. | 0. | 0. | 0. |
| TOM GEORGE, 272 E. CONNELLY BLVD., SHARON, PA 16146 | SECRETARY/TREASURER 0. | 0. | 0. | 25,525. |
| DAN WALSH, 272 E. CONNELLY BLVD., SHARON, PA 16146 | MEMBER 0. | 0. | 0. | 0. |

EXHIBIT D-2

**75** Did any officer, director, trustee, or key employee receive aggregate compensation of more than $100,000 from your organization and all related organizations, of which more than $10,000 was provided by the related organizations? If "Yes," attach schedule ▶ ☐ Yes  ☒ No

Form 990 (2002)

223031 01-22-03