| SCHEDULE A (Form 990 or 990-EZ) Department of the Treasury Internal Revenue Service | Organization Exempt Under Section 501(c)(3) (Except Private Foundation) and Section 501(e), 501(f), 501(k), 501(n), or Section 4947(a)(1) Nonexempt Charitable Trust Supplementary Information—(See separate instructions.) ▶ MUST be completed by the above organizations and attached to their Form 990 or 990-EZ | OMB No 1545-0047 **2003** |
|---|---|---|

| Name of the organization | Employer identification number |
|---|---|
| ASSOCIATES IN COUNSELING AND CHILD GUIDANCE, INC. | 25 1822655 |

**Part I** Compensation of the Five Highest Paid Employees Other Than Officers, Directors, and Trustees
(See page 1 of the instructions List each one. If there are none, enter "None")

| (a) Name and address of each employee paid more than $50,000 | (b) Title and average hours per week devoted to position | (c) Compensation | (d) Contributions to employee benefit plans & deferred compensation | (e) Expense account and other allowances |
|---|---|---|---|---|
| KRISTIE ABBS 9241 OLD PERRY HWY, PITTSBURGH, PA | BSC WORKER 40 | 98,419. | 0. | 0. |
| DAVID KERR RD1 BOX 312 COOPER ROAD, ELLWOOD CITY | BSC WORKER 40 | 76,525. | 0. | 0. |
| DAWN HANAWAY 3821 TIMBERLANE DRIVE, HERMITAGE, PA | ADMINSTRATOR 40 | 69,131. | 0. | 0. |
| DANIEL HOUCK 164 HOPPER RD, TRANSFER, PA | BSC WORKER 40 | 74,225. | 0. | 0. |
| DEREK MIHALCIN 670 BEDFORD RD, BROOKFIELD, OH | BSC WORKER 40 | 82,416. | 0. | 0. |
| Total number of other employees paid over $50,000 ▶ | 10 | | | |

**Part II** Compensation of the Five Highest Paid Independent Contractors for Professional Services
(See page 2 of the instructions List each one (whether individuals or firms). If there are none, enter "None")

| (a) Name and address of each independent contractor paid more than $50,000 | (b) Type of service | (c) Compensation |
|---|---|---|
| PSYCHOLOGICAL SUPPORT SYSTEMS P.O. BOX 710, SHARON, PA | PSYCHOLOGICAL CONSULTING SERVIC | 120,000. |
| JONES, GREGG, CREEHAN & GERACE 411 7TH AVENUE, SUITE 1200, PITTSBURGH, PA | LEGAL SERVICES | 407,906. |
| ALTMAN PSYCHIATRIC ASSOCIATION 751 MERCHANT RD, AMBRIDGE, PA | PSYCHIATRIC SERVICES | 147,586. |
| DKW LAW GROUP 600 GRANT ST, 58TH FLOOR, PITTSBURGH, PA | LEGAL SERVICES | 50,327. |
| Total number of others receiving over $50,000 for professional services ▶ | 0 | |

EXHIBIT
tabbies
E-1

323101/12-05-03  LHA  For Paperwork Reduction Act Notice, see the Instructions for Form 990 and Form 990-EZ.  Schedule A (Form 990 or 990-EZ) 2003

7
15510707 131892 ACCG                2003.05050 ASSOCIATES IN COUNSELING AN ACCG___1