Form 990 (2003)   ASSOCIATES IN COUNSELING AND CHILD GUIDANCE, INC.   25-1822655   Page 4

### Part IV-A  Reconciliation of Revenue per Audited Financial Statements with Revenue per Return

| | | |
|---|---|---:|
| a | Total revenue, gains, and other support per audited financial statements ▶ | a  7,628,286. |
| b | Amounts included on line a but not on line 12, Form 990 | |
| (1) | Net unrealized gains on investments   $ _____ | |
| (2) | Donated services and use of facilities   $ _____ | |
| (3) | Recoveries of prior year grants   $ _____ | |
| (4) | Other (specify):  _____  $ _____ | |
| | Add amounts on lines (1) through (4) ▶ | b  0. |
| c | Line a minus line b ▶ | c  7,628,286. |
| d | Amounts included on line 12, Form 990 but not on line a: | |
| (1) | Investment expenses not included on line 6b, Form 990   $ _____ | |
| (2) | Other (specify):  _____  $ _____ | |
| | Add amounts on lines (1) and (2) ▶ | d  0. |
| e | Total revenue per line 12, Form 990 (line c plus line d) ▶ | e  7,628,286. |

### Part IV-B  Reconciliation of Expenses per Audited Financial Statements with Expenses per Return

| | | |
|---|---|---:|
| a | Total expenses and losses per audited financial statements ▶ | a  7,331,807. |
| b | Amounts included on line a but not on line 17, Form 990 | |
| (1) | Donated services and use of facilities   $ _____ | |
| (2) | Prior year adjustments reported on line 20, Form 990   $ _____ | |
| (3) | Losses reported on line 20, Form 990   $ _____ | |
| (4) | Other (specify):  _____  $ _____ | |
| | Add amounts on lines (1) through (4) ▶ | b  0. |
| c | Line a minus line b ▶ | c  7,331,807. |
| d | Amounts included on line 17, Form 990 but not on line a: | |
| (1) | Investment expenses not included on line 6b, Form 990   $ _____ | |
| (2) | Other (specify):  _____  $ _____ | |
| | Add amounts on lines (1) and (2) ▶ | d  0. |
| e | Total expenses per line 17, Form 990 (line c plus line d) ▶ | e  7,331,807. |

### Part V  List of Officers, Directors, Trustees, and Key Employees (List each one even if not compensated)

| (A) Name and address | (B) Title and average hours per week devoted to position | (C) Compensation (If not paid, enter -0-.) | (D) Contributions to employee benefit plans & deferred compensation | (E) Expense account and other allowances |
|---|---|---:|---:|---:|
| SHAYEN GEORGE  272 E. CONNELLY BLVD.  SHARON, PA  16146 | PRESIDENT  40 | 334,552. | 0. | 0. |
| ROBERT HOTCHKISS  272 E. CONNELLY BLVD.  SHARON, PA  16146 | MEMBER  0. | 0. | 0. | 0. |
| TOM GEORGE  272 E. CONNELLY BLVD.  SHARON, PA  16146 | SECRETARY/TREASURER  0. | 0. | 0. | 0. |
| DAN WALSH  272 E. CONNELLY BLVD.  SHARON, PA  16146 | MEMBER  0. | 0. | 0. | 0. |

**EXHIBIT E-2**

75  Did any officer, director, trustee, or key employee receive aggregate compensation of more than $100,000 from your organization and all related organizations, of which more than $10,000 was provided by the related organizations? If "Yes," attach schedule ▶ ☐ Yes ☒ No

323031 12-17-03

4

Form 990 (2003)

15510707 131892 ACCG            2003.05050 ASSOCIATES IN COUNSELING AN ACCG___1