Date: 10/24/2005

# PSYCHOLOGY SUPPORT SERVICES, LLC

| Name | Name Type |
|---|---|
| PSYCHOLOGY SUPPORT SERVICES, LLC | Current Name |

**Limited Liability Company - Domestic - Information**

| | |
|---|---|
| Entity Number: | 2878134 |
| Status: | Active |
| Entity Creation Date: | 5/18/1999 1:08:49 PM |
| State of Business.: | PA |
| Registered Office Address: | PNC BANK BLDG STE 308<br>SHARON PA 14146-0 |
| Mailing Address: | No Address |

**DOCUMENT FILING HISTORY**

| Date | Document |
|---|---|
| 5/18/1999 | Creation Filing |
| 2/22/2000 | Amendment |

EXHIBIT F

9930- 57

Microfilm Number _____   Filed with the Department of State on MAY 1 8 1999

Entity Number 2878134

_____
Secretary of the Commonwealth

## CERTIFICATE OF ORGANIZATION-DOMESTIC LIMITED LIABILITY COMPANY
DSCB:15-8913 (Rev 95)

In compliance with the requirements of 15 Pa.C.S. § 8913 (relating to certificate of organization), the undersigned, desiring to organize a limited liability company, hereby state(s) that:

1. The **name** of the limited liability company is: PROFESSIONAL EMPLOYEE MANAGEMENT SERVICES, LLC

2. The (a) **address** of this limited liability company's initial registered office in this Commonwealth or (b) **name** of its commercial registered office provider and the county of venue is:

   (a) PNC Bank Building, Suite 308, Sharon, PA 14146         Mercer County
       Number and Street          City          State     Zip          County

   (b) c/o: N/A
       Name of Commercial Registered Office Provider                    County

   For a limited liability company represented by a commercial registered office provider, the county in (b) shall be deemed the county in which the limited liability company is located for venue and official publication purposes.

3. The name and address, including street and number, if any, of each organizer are:

   NAME                              ADDRESS
   Gregory L. Klink, Esq.            3000 Grant Building, Pittsburgh, PA 15219-2303

4. ~~(Strike-out if inapplicable): A member's interest in the company is to be evidenced by a certificate of membership interest.~~

5. (Strike out if inapplicable): Management of the company is vested in a manager or managers.

6. The specified effective date, if any is: Upon Filing
   month   day   year          hour, if any

7. ~~(Strike-out if inapplicable): The company is a restricted professional company organized to render the following restricted professional service(s):~~

8. For additional provisions of the certificate, if any, attach an 8 1/2 x 11 sheet.   NONE

MAY 18 99
PA Dept of State

DSCB:15-8913 (Rev 95)-2

IN TESTIMONY WHEREOF, the organizer(s) has (have) signed this Certificate of Organization this __17th__ day of __May__, 19__99__.

_____
(Signature)

_____
(Signature)

_____
(Signature)

200013-1605

FEB 22 2000

Microfilm Number: _____

Entity Number: _2876134_

Filed with the Department of State on _____

*Kim Pizzingrilli*

Secretary of the Commonwealth   jk

## CERTIFICATE OF AMENDMENT-DOMESTIC LIMITED LIABILITY COMPANY
DSCB:15-8951 (Rev 95)

In compliance with the requirements of 15 Pa.C.S. § 8951 (relating to certificate of amendment), the undersigned limited liability company, desiring to amend its Certificate of Organization, hereby certifies that:

1. The name of the limited liability company is: **PROFESSIONAL EMPLOYEE MANAGEMENT SERVICES, LLC**

2. The date of filing of the original Certificate of Organization is: **May 18, 1999**

3. (Check, and if appropriate complete, one of the following):

   ☑ The amendment adopted by the limited liability company, set forth in full, is as follows:

   The name of the limited liability company is changed to PSYCHOLOGY SUPPORT SERVICES, LLC

   ___ The amendment adopted by the limited liability company is set forth in full in Exhibit A attached hereto and made a part hereof.

4. (Check, and if appropriate complete, one of the following):

   ☑ The amendment shall be effective upon filing this Certificate of Amendment in the Department of State.

   ___ The amendment shall be effective on: _____ at _____
                                                    Date                       Hour

5. (Check if the amendment restates the Certificate of Organization):

   ___ The restated Certificate of Organization supersedes the original Certificate of Organization and all previous amendments thereto.

IN TESTIMONY WHEREOF, the undersigned limited liability company has caused this Certificate of Amendment to be executed this __12__ day of __February__, 20_00_.

PROFESSIONAL EMPLOYEE MANAGEMENT SERVICES, LLC
(Name of Limited Liability Company)

BY: *Stacy L. George*
(Signature)

TITLE: Manager

PA DEPT. OF STATE

FEB 22 2000