```
 1  A.    I'm sorry?
 2  Q.    What business did you start with Jeffrey
 3        Miller?
 4  A.    Associates in Child Guidance.
 5  Q.    Was that a corporation?
 6  A.    No.  I believe we used it as a fictitious
 7        name at the time.
 8  Q.    Who was owner of the fictitious name?
 9  A.    I registered it with the psychology board, so
10        I guess I was.  He wasn't licensed.
11  Q.    Psych Support Services, was that a
12        corporation?
13  A.    That was an S corporation.
14  Q.    Were you the only shareholder?
15  A.    Yes, I believe so.
16  Q.    Were there any other psychologists who owned
17        for any reason any portion of that
18        business --
19  A.    No.
20  Q.    -- or any other --
21  A.    I don't believe.  I thought we were limited
22        in scope --
23              MR. CORCORAN:  He's allowed to get
24        into background.
25  A.    Go ahead.  I'm sorry.
```



EXHIBIT

H

```
 1  Q.   Were there any other psychologists who were
 2       connected with or working for or associated
 3       with that S corporation?
 4  A.   Yes.  I don't know that I can remember them
 5       all.
 6            MR. CORCORAN:  Just what you
 7       remember.
 8  Q.   Can you remember some of them?
 9  A.   Oh, God.  I'm drawing a blank.  Let me think.
10       Sally Zubyk was one.  She worked for me in
11       the schools.
12  Q.   Do you remember any others?
13  A.   I can't think of his name right now.  He's
14       working for Grove City Intermediate Unit
15       right now.  Let me think.  I might think of
16       it.  I'm drawing a blank.
17  Q.   How long were you in business with Jeffrey
18       Miller?
19  A.   Maybe a couple of years.
20  Q.   What were the services that you provided with
21       Jeffrey Miller through that organization?
22  A.   At that point in time I provided
23       psychological services, mostly counseling,
24       some testing.
25  Q.   Which organization was it that you provided
```

```
 1              services to the schools?
 2    A.        I provided psychology services to the
 3              schools. Again --
 4    Q.        Personally?
 5    A.        Well, I did it both personally and then I did
 6              it through Psych Support Systems, too. We
 7              provided services to the schools.
 8    Q.        Was it Psych Support Systems that had the
 9              contract with the schools?
10    A.        I believe so. I think with the Youngstown
11              city schools I think it did. I had a variety
12              of contracts, more than one. I had separate
13              contracts with each individual school system.
14                    MR. CORCORAN: Stanley, give me a
15              moment with my client for a second.
16                         - - - -
17    (There was a discussion off the record.)
18                         - - - -
19    Q.        When did you cease working for, being
20              involved with or providing services through
21              the Associates in Child Guidance in Ohio?
22    A.        I'm not sure of the exact date, but somewhere
23              in the early nineties I closed that office.
24    Q.        Did anyone else utilize the name in Ohio
25              thereafter?
```