FILED IN MERCER COUNTY
2005 NOV -2  A 9:53
KATHLEEN M. KLOOS
CLERK AND REGISTER

IN THE COURT OF COMMON PLEAS OF MERCER COUNTY, PENNSYLVANIA

| | |
|---|---|
| MARY L. WHITE, individually, and derivatively on behalf of ASSOCIATES IN CHILD GUIDANCE, INC., a close corporation,<br>　　　　　　Plaintiff<br>　vs.<br><br>SHAYEN A. GEORGE, M.A., ASSOCIATES IN COUNSELING AND CHILD GUIDANCE, a Pennsylvania Domestic Nonprofit Corporation,<br>　　　　　　Defendant | : ORPHAN'S COURT DIVISION<br>: No. 1999 - 52470 |
| ASSOCIATES IN CHILD GUIDANCE, INC., and SHAYEN A. GEORGE, Individually and in his capacity as Shareholder for Associates in Child Guidance, Inc.,<br>　　　　　　Plaintiffs<br>　vs.<br><br>MARY L. WHITE, a/k/a MARY GEORGE WHITE; FAMILY COUNSELING AND CHILDREN'S SERVICES, INC.; ANTHONY GORAL, PH.D.; BARBARA PAGLIA, PH.D.; CRAIG R. HARTMAN, PH.D.; MARK J. SCIUTTO, PH.D.; MARGARET SHICKLER, M.A.; AUDREY S. SMITH, M.A.; NANCY KUNSAK, PH.D.; JAMES T. CARVER, M.D.; and KATHERINE C. McCORKLE,<br>　　　　　　Defendants | : CIVIL DIVISION<br>: No. 2003 - 399 |

EXHIBIT I

FILED IN MERCER COUNTY

2005 NOV -2  A 10: 54

KATHLEEN M. KLOOS
CLERK AND REGISTER

MARY L. WHITE, on behalf of           :
ASSOCIATES IN CHILD GUIDANCE, INC.,   :
           Plaintiff           :
    vs.                              : CIVIL DIVISION
                                                  : No. 2000 - 3683
ASSOCIATES IN COUNSELING AND          :
CHILD GUIDANCE, and SHAYEN A.         :
GEORGE,                               :
           Defendants          :

## ORDER

AND NOW, this 2nd day of November, 2005, to the extent not already provided, **IT IS HEREBY ORDERED** that Associates in Counseling and Child Guidance shall provide to counsel for Mary White within five (5) days of the date of this Order any and all documentation of all payments made by it to Professional Employee Management Services, LCC, and/or Psychology Support Services, LLC, through July 1, 2001.

IT IS FURTHER ORDERED that Associates in Counseling and Child Guidance shall have placed into a separate file to be brought to the next pre-trial in this matter any documentation regarding payments to said entities made after July 1, 2001.

IT IS FURTHER ORDERED that within five (5) days of today's date

Shayen A. George shall submit an affidavit indicating whether or not he has ever held any ownership interest in either Professional Employee Management Services, LLC, and/or Psychology Support Services, LLC, and if so, when and in what capacity.

BY THE COURT:

_____ J.

Thomas R. Dobson, Judge

clk