IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARY L. WHITE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 00-2466 |
| | ) |
| SHAYEN A. GEORGE, M.A., | ) |
| | ) |
| Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| ASSOCIATES IN COUNSELING AND | ) |
| CHILD GUIDANCE, INC., and | ) |
| PSYCHOLOGY SUPPORT SERVICES, | ) |
| INC., | ) |
| | ) |
| Intervenor- | ) |
| Defendants. | ) |

ORDER

AND NOW, this 7th day of February, 2006, the parties having advised the Court that this matter has been settled and it appearing to the Court that no further action is contemplated by this Court at this time,

IT IS HEREBY ORDERED that the Clerk of Court shall mark the above captioned case closed.

Nothing contained in this Order shall be considered a dismissal or disposition of this matter and, should further proceedings in the case become necessary or desirable, any party

may initiate such in the same manner as if this order has not been entered.

                                              /s/   Amy Reynolds Hay
                                              AMY REYNOLDS HAY
                                              United States Magistrate Judge

cc:   Stanley M. Stein, Esquire
      Beth S. Mills, Esquire
      David S. Bloom, Esquire
      Feldstein, Grinberg, Stein & McKee
      428 Boulevard of the Allies
      Pittsburgh, PA 15219

      Richard B. Sandow, Esquire
      David M. Huntley, Esquire
      John P. Corcoran, Esquire
      Jones, Gregg, Creehan & Gerace
      411 Seventh Avenue
      Suite 1200
      Pittsburgh, PA 15219-1905

      Brian T. Must, Esquire
      Steven Petrikis, Esquire
      Michael P. Robic, II, Esquire
      Metz Lewis
      11 Stanwix Street
      18th Floor
      Pittsburgh, PA 15222