IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY L. WHITE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 00-CV-2466 |
| vs. | ) | |
| | ) | Magistrate Judge Amy R. Hay |
| SHAYEN A. GEORGE, M.A., | ) | |
| | ) | |
| Defendant. | ) | |

### STIPULATION FOR DISMISSAL

AND NOW, comes the Plaintiff, by and through her attorneys, Feldstein Grinberg Stein & McKee and Stanley M. Stein, Esquire, and files the following Stipulation for Dismissal:

1. The parties jointly wish to have the above matter dismissed with prejudice.

WHEREFORE, the parties respectfully request this Honorable Court to enter an Order dismissing the above matter with prejudice.

Respectfully submitted,

FELDSTEIN, GRINBERG, STEIN & McKEE

By: _____
Stanley M. Stein, Esquire
PA ID. #: 10577
FELDSTEIN GRINBERG STEIN & McKEE
428 Boulevard of the Allies
Pittsburgh, PA  15219
(412) 263-6111

00315142.1

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing Stipulation for Dismissal was electronically served on March 30, 2006, upon the following:

John P. Corcoran, Jr., Esquire
JONES, GREGG, CREEHAN & GERACE, LLP
411 Seventh Avenue, Suite 1200
Pittsburgh, PA 15219-1905

Steven M. Petrikis, Esquire
Metz Lewis, LLC
11 Stanwix St., 18th Floor
Pittsburgh, PA 15222

FELDSTEIN, GRINBERG, STEIN & McKEE

By: _____
Stanley M. Stein, Esquire
PA ID. #: 10577

00315142.1