IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY L. WHITE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 00-CV-2466 |
| vs. | ) | |
| | ) | Magistrate Judge Amy R. Hay |
| SHAYEN A. GEORGE, M.A., | ) | |
| | ) | |
| Defendant. | ) | |

### **_ORDER OF COURT_**

AND NOW, to-wit. this _____ day of _____, 2006, it is hereby ORDERED, ADJUDGED and DECREED that the above matter is hereby dismissed with prejudice and the docket should be marked accordingly.

_____ J.

00315142.1