IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARY L. WHITE, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 00-CV-2466 |
| vs. ) | |
| ) | Magistrate Judge Amy R. Hay |
| SHAYEN A. GEORGE, M.A., ) | |
| ) | |
| Defendant. ) | |

### ORDER OF COURT

AND NOW, to-wit. this ___31st___ day of ___March___, 2006, it is hereby ORDERED, ADJUDGED and DECREED that the above matter is hereby dismissed with prejudice and the docket should be marked accordingly.

_____, J.
AMY REYNOLDS HAY
U.S. MAGISTRATE JUDGE

00315142.1